Matt Mead, Alaska Bar No. 0711095
Andrew Erickson, Alaska Bar No. 1605049
LANDYE BENNETT BLUMSTEIN LLP
701 West Eight Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
mattm@lbblawyers.com
andye@lbblawyers.com

*Attorneys for the Defendant Joseph Delia*

# IN THE UNTIED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,           ) <br> ) <br> Plaintiff,           ) <br> ) <br> v.           ) <br> ) <br> JOSEPH DELIA,           ) <br> ) <br> Defendant.           ) <br>           ) | Case No. 3:23-cv-00121-HRH |

## ENTRY OF APPEARANCE

Attorneys Andrew Erickson and Matt Mead of Landye Bennett Blumstein LLP enter their appearance on behalf of Defendant Joseph Delia in this matter. Please forward all pleadings in this matter to:

> Landye Bennett Blumstein LLP
> 701 West 8th Avenue, Suite 1100
> Anchorage, AK 99501
> T: 907-276-5152
> E: andye@lbblawyers.com
>   mattm@lbblawyers.com

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1100
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

*Givens v. Delia*           Case No. 3:23-cv-00121-HRH
Defendant's Entry of Appearance           Page 1 of 2

Case 3:23-cv-00121-HRH   Document 6   Filed 06/16/23   Page 1 of 2

DATED this 23rd day of June, 2023, at Anchorage, Alaska.

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys for the Defendant*

*/s/ Matt Mead*
_____
Matt Mead, Alaska Bar No. 0711095
Andrew Erickson, Alaska Bar No. 1605049

The undersigned certifies that on June 23, 2023, a true and correct copy of the foregoing was served by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

*/s/ Matt Mead*
_____
Matt Mead, Alaska Bar No. 0711095

Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1100
Anchorage, Alaska 99501
Telephone (907) 276-5152, Fax (907) 276-8433