Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1100
Anchorage, Alaska 99501
Telephone (907) 276-5152, Fax (907) 276-8433

Matt Mead, Alaska Bar No. 0711095
Andrew Erickson, Alaska Bar No. 1605049
LANDYE BENNETT BLUMSTEIN LLP
701 West Eight Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
mattm@lbblawyers.com
andye@lbblawyers.com

*Attorneys for the Defendant Joseph Delia*

# IN THE UNTIED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>  Plaintiff,<br><br> v.<br><br>JOSEPH DELIA,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:23-cv-00121-HRH<br>) |

## NOTICE OF APPEARANCE

Please take notice that Andrew Erickson of Landye Bennett Blumstein LLP enters his appearance as co-counsel for Defendant Joseph Delia in the above-captioned matter.

*Givens v. Delia*  Case No. 3:23-cv-00121-HRH
Notice of Appearance  Page 1 of 2

DATED this 27th day of June, 2023, at Anchorage, Alaska.

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys for the Defendant*

*/s/ Andrew Erickson*
_____
Matt Mead, Alaska Bar No. 0711095
Andrew Erickson, Alaska Bar No. 1605049

## CERTIFICATE OF SERVICE

I certify that on June 27, 2023, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew Erickson*
_____
Andrew Erickson

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1100
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433