Matt Mead, Alaska Bar No. 0711095
Andrew Erickson, Alaska Bar No. 1605049
LANDYE BENNETT BLUMSTEIN LLP
701 West Eight Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
mattm@lbblawyers.com
andye@lbblawyers.com

*Attorneys for the Defendant Joseph Delia*

**IN THE UNTIED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| RAYMOND C. GIVENS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH DELIA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:23-cv-00121-HRH |

**DEMAND FOR JURY TRIAL**

Defendant, Joseph Delia, by and through undersigned counsel, requests and demands a trial by jury on all issues triable of right by jury in the above-captioned action.

DATED this 29th day of June, 2023, at Anchorage, Alaska.

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys for the Defendant Joseph Delia*

*/s/ Andrew Erickson*
_____
Matt Mead, Alaska Bar No. 0711095
Andrew Erickson, Alaska Bar No. 1605049

## CERTIFICATE OF SERVICE

I certify that on June 29, 2023, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew Erickson*
_____
Andrew Erickson