RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522
rwinner@winnerlaw.com

Attorneys for Plaintiff Raymond Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>   Plaintiff,<br><br> v.<br><br>JOSEPH DELIA,<br><br>   Defendant. | Case No. 3:23-cv-00121-HRH |

**NOTICE OF FILING JOINT SCHEDULING
AND PLANNING CONFERENCE REPORT**

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH   Page 1 of 2

Case 3:23-cv-00121-HRH   Document 11   Filed 07/11/23   Page 1 of 2

Plaintiff Raymond C. Givens, by his undersigned counsel, hereby gives notice of filing herewith the Parties' Joint Scheduling and Planning Conference Report, pursuant to the Court's order, dated June 20, 2023.[1]

DATED: July 11, 2023

        WINNER & ASSOCIATES, P.C.
        Attorneys for the Plaintiff Raymond C. Givens

        By: */s/ Russell L. Winner*
            Russell L. Winner
            Alaska Bar No. 7811149

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically through the ECF system as indicated on the Notice of Electronic Filing.

        */s/ Russell L. Winner*
        Russell L. Winner

---

[1] Docket No. 8.

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH       Page 2 of 2

Case 3:23-cv-00121-HRH   Document 11   Filed 07/11/23   Page 2 of 2

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522