RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522
rwinner@winnerlaw.com

Attorneys for Plaintiff Raymond Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>   Plaintiff,<br><br> v.<br><br>JOSEPH DELIA,<br><br>   Defendant. | Case No. 3:23-cv-00121-HRH |

**JOINT MOTION FOR APPROVAL
OF CONFIDENTIALITY AGREEMENT**

  Plaintiff Raymond C. Givens and Defendant Joseph Delia, by their respective undersigned counsel, hereby jointly move that the Court approve the confidentiality agreement, a copy of which is attached hereto as Exhibit 1. It is the intention of the parties that, by such approval, Plaintiff's disclosures to Defendant may include all

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH    Page 1 of 2

Case 3:23-cv-00121-HRH Document 12 Filed 07/11/23 Page 1 of 2

documents regarding the fee arbitration in *Leroy Oenga, Jr. v. Raymond C. Givens*, Alaska Bar Association File No. 2021F012, pursuant to Alaska Bar Rule 40(r). A copy of this motion and confidentiality agreement are being sent by email on today's date to Rachel Lauesen, the attorney for Leroy Oenga, Jr., so that he may respond to it.

A proposed order accompanies this motion.

WINNER & ASSOCIATES, P.C.<br>
Attorneys for Plaintiff Raymond C. Givens

DATED: July 11, 2023    By: */s/ Russell L. Winner*
    Russell L. Winner
    Alaska Bar No. 7811149

LANDYE BENNET BLUMSTEIN LLP
Attorneys for Defendant Joseph Delia

DATED: July 11, 2023    By: */s/ Andrew Erickson*
    Andrew Erickson
    Alaska Bar No. 1605049

### Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically through the ECF system as indicated on the Notice of Electronic Filing.

*/s/ Russell L. Winner*
Russell L. Winner

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH    Page 2 of 2

Case 3:23-cv-00121-HRH   Document 12   Filed 07/11/23   Page 2 of 2