Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

# CONFIDENTIALITY AGREEMENT

This Confidentiality Agreement is entered into on the last date signed below by and between Plaintiff Raymond C. Givens and Defendant Joseph Delia (individually, each "Party"; collectively, the "Parties"), by their respective undersigned attorneys.

## Recitals

WHEREAS, Plaintiff sued Defendant for payment of attorney's fees in the United States District Court for the District of Alaska, Case No. 3:23-cv-00121-HRH ("Litigation");

WHEREAS, in the Litigation, the Parties may request production of, or otherwise be entitled to, copies of certain documents containing confidential information in the other's possession, including, but not limited to, the following: proprietary oil company documents; leases; amended leases; confidential settlement agreements; financial and personal information about other persons, including, without limitation, the other Oenga heirs and former clients of Plaintiff; all documents regarding the fee arbitration in *Leroy Oenga, Jr. v. Raymond C. Givens*, Alaska Bar Association File No. 2021F012; and confidential court orders from other cases (collectively, "Confidential Documents"); and

WHEREAS, each Party is willing to provide copies of Confidential Documents to the other Party and his attorneys, provided that they agree to take reasonable steps to protect the confidentiality of the Confidential Documents, as provided herein.

## Agreement

NOW, THEREFORE, in consideration of the mutual covenants stated herein, the Parties agree as follows:

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

1. Each Party will produce unredacted copies of Confidential Documents to the other Party and his attorneys, as may be requested by them and as appropriate in the Litigation, subject to the conditions stated herein. Confidential Documents will be marked clearly with the following language:

*Confidential Document*

*Case No. 3:23-cv-00121-HRH*

*Not to be copied or disclosed except as provided in the Confidentiality Agreement*

2. Neither Party nor his attorneys will use Confidential Documents for any purpose other than in this Litigation.

3. Each Party and his attorneys will keep confidential the Confidential Documents received from the other Party.

4. Copies of Confidential Documents can be shown by each Party and his attorneys to the following: the attorneys' employees, consultants, investigators, or experts; outside scanning, photocopying, microfilming, or database service providers; trial support firms; graphic production services; litigation support services; the Court in the Litigation, any appellate court, and any necessary court personnel; jurors in the Litigation; court reporters and their staff; stenographers or video operators during depositions and deposition preparation; witnesses or potential witnesses in the Litigation to whom disclosure of the Confidential Documents is reasonably necessary; any mediator or arbitrator engaged by the Parties in connection with the Litigation; and the author or recipient of the Confidential Documents or a custodian or other person who otherwise possessed or knew the information.

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

5. Before copies of Confidential Documents are shown to any person identified above, each disclosing Party or his attorneys will inform that person in writing of the confidentiality of the Confidential Documents, as required by this Confidentiality Agreement, and secure, in writing, that person's agreement to be bound by this Confidentiality Agreement in the form attached as Exhibit A.

6. At the conclusion of the Litigation, all copies of Confidential Documents will be returned to the providing Party's attorney, except that each Party may retain copies of Confidential Documents that relate to him directly or to which that Party was entitled to receive independent of this Litigation. The restrictions on disclosure and use of Confidential Documents survive the conclusion of this Litigation, except with respect to documents that the Party was entitled to receive independent of this Litigation. This Confidentiality Agreement does not limit any Party's rights with respect to documents obtained through means or sources outside of this Litigation.

7. The Parties agree that, as may be ordered by the Court in the Litigation, Confidential Documents will be filed under seal; that unredacted versions of Confidential Documents so filed will be served on opposing counsel; that redacted versions of those Confidential Documents will be filed publicly; that neither Party will disclose the confidential information of Confidential Documents in their public pleadings; and that neither Party will disclose the confidential information of Confidential Documents in oral argument or trial, except under terms as may be permitted by the Court at that time.

8. This Confidentiality Agreement will be filed with the Court in the Litigation, and the Parties will ask for a Court order confirming its terms.

WINNER & ASSOCIATES, P.C.
Attorneys for Plaintiff Raymond C. Givens

Dated: July 11, 2023                By:   */s/ Russell L. Winner*
                                            Russell L. Winner
                                            ABA No. 7811149

LANDYE BENNETT BLUMSTEIN LLP
Attorneys for Defendant Joseph Delia

Dated: July 11, 2023                By:   */s/ Andrew Erickson*
                                            Andrew Erickson
                                            ABA No. 1605049

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

# EXHIBIT A

Agreement to Be Bound by Confidentiality Agreement

I, _____, have been advised by counsel of record for _____ in *Givens v. Delia*, No. 3:23-cv-00121-HRH of the Confidentiality Agreement governing the production and disclosure of confidential documents and information produced in this litigation. I have read a copy of the Confidentiality Agreement and agree to abide by its terms.

_____
Signature

_____
Date

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522