RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522
rwinner@winnerlaw.com

Attorneys for Plaintiff Raymond Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>      Plaintiff,<br><br>  v.<br><br>JOSEPH DELIA,<br><br>      Defendant. | Case No. 3:23-cv-00121-HRH |

**[PROPOSED] ORDER APPROVING
CONFIDENTIALITY AGREEMENT**

Plaintiff Raymond C. Givens and Defendant Joseph Delia having jointly moved that the Court approve the confidentiality agreement between them, a copy of which was attached as Exhibit 1 to their motion; the Court having reviewed any response to the motion; and the Court being fully informed in the matter,

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH      Page 1 of 2

Case 3:23-cv-00121-HRH    Document 12-2    Filed 07/11/23    Page 1 of 2

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff's disclosures to Defendant are authorized to include all documents regarding the fee arbitration in *Leroy Oenga, Jr. v. Raymond C. Givens*, Alaska Bar Association File No. 2021F012.

DATED at Anchorage, Alaska, this _____ day of _____, 2023.

_____
H. Russel Holland
United States District Judge

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically through the ECF system as indicated on the Notice of Electronic Filing.

*/s/ Russell L. Winner*
Russell L. Winner

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH          Page 2 of 2

Case 3:23-cv-00121-HRH   Document 12-2   Filed 07/11/23   Page 2 of 2