IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>                  Plaintiff,<br><br>  vs.<br><br>JOSEPH DELIA,<br><br>                  Defendant. | No. 3:23-cv-0121-HRH |

O R D E R

Confidentiality Agreement

    Plaintiff Raymond C. Givens and defendant Joseph Delia jointly move[1] for the court to approve the confidentiality agreement between them. The court having reviewed the motion and being fully informed in the matter,

    IT IS HEREBY ORDERED that the motion is granted. Plaintiff's disclosures to defendant are authorized to include all documents regarding the fee arbitration in <u>Leroy Oenga, Jr. v. Raymond C. Givens</u>, Alaska Bar Association File No. 2021F012.

    DATED at Anchorage, Alaska, this <u> 17th </u> day of July, 2023.

                                          /s/  H. Russel Holland<br>
                                          United States District Judge

---

[1] Docket No. 12.

ORDER – Confidentiality Agreement          - 1 -