RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522
rwinner@winnerlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RAYMOND C. GIVENS,

    Plaintiff,

  v.

JOSEPH DELIA,

    Defendant.

Case No. 3:23-cv-00121-HRH

## NOTICE TO COURT

COMES NOW Plaintiff Raymond C. Givens, by his undersigned attorney, and gives notice to the Court in response to Order – Case Status dated July 18, 2023, as follows:

1. Defendant's attorneys agreed to accept service of process by email. As required by Rule 39(a), Rules of the Alaska Bar Association, Plaintiff served Defendant's attorneys via email on May 26, 2023: (1) Complaint for Declaratory Judgment, Damages and Specific

*Raymond C. Givens v. Joseph Delia*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH      Page 1 of 3

Case 3:23-cv-00121-HRH   Document 15   Filed 07/20/23   Page 1 of 3

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

Performance; (2) Civil Cover Sheet; (3) Notice of Client's Right to Arbitrate or Mediate; and (4) Issued Summons. See Exhibit 1 – Notice to Defendant on May 26, 2023, attached hereto. The deadline for defendant to file a petition for arbitration or request for mediation was on June 15, 2023, 20 days after service of the Notice of Client's Right to Arbitrate or Mediate per Alaska Bar Rule 39(a). Plaintiff has not been served with any petition for arbitration or request for mediation by Defendant and Plaintiff is not aware of any filing by Defendant with the Alaska Bar Association.

2. Parties in this matter agreed to a Confidentiality Agreement, (Exhibit 1 to the Joint Motion for Approval of Confidentiality Agreement at Doc. No. 12-1) filed with this court on July 11, 2023. A copy of that motion with Exhibit 1 Confidentiality Agreement and a [Proposed] Order was sent via email on July 11, 2023, to Rachel Lauesen, counsel for Leroy Oenga, Jr. in the *Leroy Oenga, Jr. v. Raymond C. Givens* matter, Case No. 2:23-c-0002-HRH. See Exhibit 2 – Notice to Leroy Oenga, Jr. regarding Joint Motion for Approval of Confidentiality Agreement attached hereto.

3. The Order granting the Motion for Approval of the Confidentiality Agreement was sent via email on July 19, 2023, to Rachel Lauesen, counsel for Leroy Oenga, Jr. See Exhibit 3 – Notice to Leroy Oenga, Jr. regarding Order Granting Approval of Confidentiality Agreement attached hereto.

4. Plaintiff's counsel will confer with counsel for the parties in both cases: *Raymond C. Givens v. Leroy Oenga, Jr.,* No. 3:21-cv-0008-HRH; and *Raymond C.*

U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH                                                                                           Page 2 of 3

Case 3:23-cv-00121-HRH   Document 15   Filed 07/20/23   Page 2 of 3

*Givens v. Joseph Delia*, No. 3:23-cv-0121-HRH and will advise the court on or before August 15, 2023, on whether these two cases should be consolidated.

WINNER & ASSOCIATES, P.C.

Attorneys for Plaintiff Raymond C. Givens

DATED: July 20, 2023   By:   */s/ Russell L. Winner*
                                         Russell L. Winner
                                         Alaska Bar No. 7811149

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically through the ECF system as indicated on the Notice of Electronic Filing.

                                         */s/ Russell L. Winner*
                                         Russell L. Winner

*Raymond C. Givens v. Joseph Delia*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH                                          Page 3 of 3

Case 3:23-cv-00121-HRH    Document 15    Filed 07/20/23    Page 3 of 3

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522