# Teela Mostowy

**From:** Teela Mostowy
**Sent:** Tuesday, July 11, 2023 5:51 PM
**To:** Rachel Lauesen; Elaine Leibert
**Cc:** Russ Winner
**Subject:** Givens v. Delia 3:23-cv-00121HRH  - Confidentiality Agreement
**Attachments:** 2023-07-11 Doc #12 Joint Motion for Approval of Confidentiality Agreement.pdf; 2023-07-11 Doc #12-1 Exhibit 1 Confidentiality Agreement.pdf; 2023-07-11 Doc #12-2 [Proposed] Order Approving Confidentiality Agreement.pdf

Good afternoon.

Attached are copies of documents filed today in the *Givens v. Delia* case regarding disclosure of documents during the fee arbitration in the *Leroy Oenga, Jr. v. Givens* matter.

Teela Mostowy
Legal Assistant
Winner & Associates, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501-2044
Phone: 907-277-9522
Fax: 907-277-4510
http://www.winnerlaw.com

NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please indicate to the sender that you have received this email in error and delete the copy you received. Thank you.

Law Offices of
WINNER & ASSOCIATES, P.C.
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522
rwinner@winnerlaw.com

Attorneys for Plaintiff Raymond Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>   Plaintiff,<br><br>v.<br><br>JOSEPH DELIA,<br><br>   Defendant. | Case No. 3:23-cv-00121-HRH |

## JOINT MOTION FOR APPROVAL
## OF CONFIDENTIALITY AGREEMENT

  Plaintiff Raymond C. Givens and Defendant Joseph Delia, by their respective undersigned counsel, hereby jointly move that the Court approve the confidentiality agreement, a copy of which is attached hereto as Exhibit 1. It is the intention of the parties that, by such approval, Plaintiff's disclosures to Defendant may include all

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH

Page 1 of 2

Case 3:23-cv-00121-HRH   Document 15-2   Filed 07/20/23   Page 2 of 10 Exhibit 2
Case 3:23-cv-00121-HRH   Document 12   Filed 07/11/23   Page 1 of 2
Page 2 of 10

documents regarding the fee arbitration in *Leroy Oenga, Jr. v. Raymond C. Givens*, Alaska Bar Association File No. 2021F012, pursuant to Alaska Bar Rule 40(r). A copy of this motion and confidentiality agreement are being sent by email on today's date to Rachel Lauesen, the attorney for Leroy Oenga, Jr., so that he may respond to it.

A proposed order accompanies this motion.

WINNER & ASSOCIATES, P.C.
Attorneys for Plaintiff Raymond C. Givens

DATED: July 11, 2023     By:    */s/ Russell L. Winner*
                                          Russell L. Winner
                                          Alaska Bar No. 7811149

LANDYE BENNET BLUMSTEIN LLP
Attorneys for Defendant Joseph Delia

DATED: July 11, 2023     By:    */s/ Andrew Erickson*
                                          Andrew Erickson
                                          Alaska Bar No. 1605049

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically through the ECF system as indicated on the Notice of Electronic Filing.

                                     */s/ Russell L. Winner*
                                     Russell L. Winner

*Raymond C. Givens v. Joseph Delia*,
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH

Page 2 of 2

Case 3:23-cv-00121-HRH   Document 15-2   Filed 07/20/23   Page 3 of 10 Exhibit 2
Case 3:23-cv-00121-HRH   Document 12   Filed 07/11/23   Page 2 of 2
Page 3 of 10

Law Offices of
WINNER & ASSOCIATES, P.C.
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

# CONFIDENTIALITY AGREEMENT

This Confidentiality Agreement is entered into on the last date signed below by and between Plaintiff Raymond C. Givens and Defendant Joseph Delia (individually, each "Party"; collectively, the "Parties"), by their respective undersigned attorneys.

## Recitals

WHEREAS, Plaintiff sued Defendant for payment of attorney's fees in the United States District Court for the District of Alaska, Case No. 3:23-cv-00121-HRH ("Litigation");

WHEREAS, in the Litigation, the Parties may request production of, or otherwise be entitled to, copies of certain documents containing confidential information in the other's possession, including, but not limited to, the following: proprietary oil company documents; leases; amended leases; confidential settlement agreements; financial and personal information about other persons, including, without limitation, the other Oenga heirs and former clients of Plaintiff; all documents regarding the fee arbitration in *Leroy Oenga, Jr. v. Raymond C. Givens*, Alaska Bar Association File No. 2021F012; and confidential court orders from other cases (collectively, "Confidential Documents"); and

WHEREAS, each Party is willing to provide copies of Confidential Documents to the other Party and his attorneys, provided that they agree to take reasonable steps to protect the confidentiality of the Confidential Documents, as provided herein.

## Agreement

NOW, THEREFORE, in consideration of the mutual covenants stated herein, the Parties agree as follows:

CONFIDENTIALITY AGREEMENT

EXHIBIT 1
Page 1 of 5

Case 3:23-cv-00121-HRH   Document 12-1   Filed 07/11/23   Page 1 of 5
Case 3:23-cv-00121-HRH   Document 15-2   Filed 07/20/23   Page 4 of 10
Exhibit 2
Page 4 of 10

Law Offices of
WINNER & ASSOCIATES, P.C.
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

1. Each Party will produce unredacted copies of Confidential Documents to the other Party and his attorneys, as may be requested by them and as appropriate in the Litigation, subject to the conditions stated herein. Confidential Documents will be marked clearly with the following language:

*Confidential Document*

*Case No. 3:23-cv-00121-HRH*

*Not to be copied or disclosed except as provided in the Confidentiality Agreement*

2. Neither Party nor his attorneys will use Confidential Documents for any purpose other than in this Litigation.

3. Each Party and his attorneys will keep confidential the Confidential Documents received from the other Party.

4. Copies of Confidential Documents can be shown by each Party and his attorneys to the following: the attorneys' employees, consultants, investigators, or experts; outside scanning, photocopying, microfilming, or database service providers; trial support firms; graphic production services; litigation support services; the Court in the Litigation, any appellate court, and any necessary court personnel; jurors in the Litigation; court reporters and their staff; stenographers or video operators during depositions and deposition preparation; witnesses or potential witnesses in the Litigation to whom disclosure of the Confidential Documents is reasonably necessary; any mediator or arbitrator engaged by the Parties in connection with the Litigation; and the author or recipient of the Confidential Documents or a custodian or other person who otherwise possessed or knew the information.

CONFIDENTIALITY AGREEMENT

EXHIBIT 1
Page 2 of 5

Case 3:23-cv-00121-HRH   Document 12-1   Filed 07/11/23   Page 2 of 5
Case 3:23-cv-00121-HRH   Document 15-2   Filed 07/20/23   Page 5 of 10

Exhibit 2
Page 5 of 10

5. Before copies of Confidential Documents are shown to any person identified above, each disclosing Party or his attorneys will inform that person in writing of the confidentiality of the Confidential Documents, as required by this Confidentiality Agreement, and secure, in writing, that person's agreement to be bound by this Confidentiality Agreement in the form attached as Exhibit A.

6. At the conclusion of the Litigation, all copies of Confidential Documents will be returned to the providing Party's attorney, except that each Party may retain copies of Confidential Documents that relate to him directly or to which that Party was entitled to receive independent of this Litigation. The restrictions on disclosure and use of Confidential Documents survive the conclusion of this Litigation, except with respect to documents that the Party was entitled to receive independent of this Litigation. This Confidentiality Agreement does not limit any Party's rights with respect to documents obtained through means or sources outside of this Litigation.

7. The Parties agree that, as may be ordered by the Court in the Litigation, Confidential Documents will be filed under seal; that unredacted versions of Confidential Documents so filed will be served on opposing counsel; that redacted versions of those Confidential Documents will be filed publicly; that neither Party will disclose the confidential information of Confidential Documents in their public pleadings; and that neither Party will disclose the confidential information of Confidential Documents in oral argument or trial, except under terms as may be permitted by the Court at that time.

8. This Confidentiality Agreement will be filed with the Court in the Litigation, and the Parties will ask for a Court order confirming its terms.

CONFIDENTIALITY AGREEMENT

EXHIBIT 1
Page 3 of 5

Case 3:23-cv-00121-HRH   Document 12-1   Filed 07/11/23   Page 3 of 5
Case 3:23-cv-00121-HRH   Document 15-2   Filed 07/20/23   Page 6 of 10
Exhibit 2
Page 6 of 10

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

WINNER & ASSOCIATES, P.C.
Attorneys for Plaintiff Raymond C. Givens

Dated: July 11, 2023        By: */s/ Russell L. Winner*
                                          Russell L. Winner
                                          ABA No. 7811149

LANDYE BENNETT BLUMSTEIN LLP
Attorneys for Defendant Joseph Delia

Dated: July 11, 2023        By: */s/ Andrew Erickson*
                                          Andrew Erickson
                                          ABA No. 1605049

CONFIDENTIALITY AGREEMENT        EXHIBIT 1
Page 4 of 5

Case 3:23-cv-00121-HRH   Document 12-1   Filed 07/11/23   Page 4 of 5
Case 3:23-cv-00121-HRH   Document 15-2   Filed 07/20/23   Page 7 of 10   Exhibit 2
Page 7 of 10

# EXHIBIT A

## Agreement to Be Bound by Confidentiality Agreement

I, _____, have been advised by counsel of record for _____ in *Givens v. Delia*, No. 3:23-cv-00121-HRH of the Confidentiality Agreement governing the production and disclosure of confidential documents and information produced in this litigation. I have read a copy of the Confidentiality Agreement and agree to abide by its terms.

_____
Signature

_____
Date

Law Offices of
WINNER & ASSOCIATES, P.C.
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

CONFIDENTIALITY AGREEMENT

EXHIBIT 1
Page 5 of 5

Case 3:23-cv-00121-HRH   Document 12-1   Filed 07/11/23   Page 5 of 5
Case 3:23-cv-00121-HRH   Document 15-2   Filed 07/20/23   Page 8 of 10
Exhibit 2
Page 8 of 10

RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522
rwinner@winnerlaw.com

Attorneys for Plaintiff Raymond Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RAYMOND C. GIVENS,

    Plaintiff,

v.

JOSEPH DELIA,

    Defendant.

Case No. 3:23-cv-00121-HRH

### [PROPOSED] ORDER APPROVING CONFIDENTIALITY AGREEMENT

Plaintiff Raymond C. Givens and Defendant Joseph Delia having jointly moved that the Court approve the confidentiality agreement between them, a copy of which was attached as Exhibit 1 to their motion; the Court having reviewed any response to the motion; and the Court being fully informed in the matter,

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH

Page 1 of 2

Case 3:23-cv-00121-HRH   Document 12-2   Filed 07/11/23   Page 1 of 2
Case 3:23-cv-00121-HRH   Document 15-2   Filed 07/20/23   Page 9 of 10

Exhibit 2
Page 9 of 10

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff's disclosures to Defendant are authorized to include all documents regarding the fee arbitration in *Leroy Oenga, Jr. v. Raymond C. Givens*, Alaska Bar Association File No. 2021F012.

DATED at Anchorage, Alaska, this _____ day of _____, 2023.

H. Russel Holland
United States District Judge

## Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically through the ECF system as indicated on the Notice of Electronic Filing.

*/s/ Russell L. Winner*
Russell L. Winner

Law Offices of
WINNER & ASSOCIATES, P.C.
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH

Page 2 of 2

Case 3:23-cv-00121-HRH   Document 12-2   Filed 07/11/23   Page 2 of 2
Case 3:23-cv-00121-HRH   Document 15-2   Filed 07/20/23   Page 10 of 10
Exhibit 2
Page 10 of 10