# Teela Mostowy

**From:** Teela Mostowy
**Sent:** Wednesday, July 19, 2023 9:33 AM
**To:** Rachel Lauesen; Elaine Leibert
**Cc:** Russ Winner
**Subject:** Givens v. Delia 3:23-cv-0121-HRH - Order Re: confidentiality Agreement
**Attachments:** 2023-07-17 Doc #13 Order Granting Approval of Confidentiality Agreement.pdf

Good morning.

Please see the attached order from Judge Holland's chambers regarding the Confidentiality Agreement in the *Givens v. Delia* matter.

Teela Mostowy
Legal Assistant
Winner & Associates, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501-2044
Phone: 907-277-9522
Fax: 907-277-4510
http://www.winnerlaw.com

NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please indicate to the sender that you have received this email in error and delete the copy you received. Thank you.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RAYMOND C. GIVENS,

                Plaintiff,

vs.

JOSEPH DELIA,

                Defendant.

No. 3:23-cv-0121-HRH

## ORDER

### Confidentiality Agreement

Plaintiff Raymond C. Givens and defendant Joseph Delia jointly move[1] for the court to approve the confidentiality agreement between them. The court having reviewed the motion and being fully informed in the matter,

IT IS HEREBY ORDERED that the motion is granted. Plaintiff's disclosures to defendant are authorized to include all documents regarding the fee arbitration in <u>Leroy Oenga, Jr. v. Raymond C. Givens</u>, Alaska Bar Association File No. 2021F012.

DATED at Anchorage, Alaska, this <u>17th</u> day of July, 2023.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 12.

ORDER – Confidentiality Agreement      - 1 -

Case 3:23-cv-00121-HRH   Document 13   Filed 07/17/23   Page 1 of 1
Case 3:23-cv-00121-HRH   Document 15-3   Filed 07/20/23   Page 2 of 2 Exhibit 3
Page 2 of 2