RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522
rwinner@winnerlaw.com

Attorneys for Plaintiff Raymond Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

RAYMOND C. GIVENS,

     Plaintiff,

    v.

JOSEPH DELIA,

    Defendant.

Case No. 3:23-cv-00121-HRH

## NOTICE OF SERVICE

COMES NOW Plaintiff Raymond C. Givens, by his undersigned attorney, and gives notice to the Court that the Notice to Court with Exhibits 1-3, at Doc. No. 15, was emailed to counsel for Leroy Oenga, Jr. on July 20, 2023, in the related matter *Leroy Oenga, Jr. v. Raymond Givens*, Case No. 2:23-cv-00002-HRH.

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

WINNER & ASSOCIATES, P.C.
Attorneys for Plaintiff Raymond C. Givens

DATED: July 21, 2023  By: */s/ Russell L. Winner*
          Russell L. Winner
          Alaska Bar No. 7811149

## Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically through the ECF system as indicated on the Notice of Electronic Filing.

      */s/ Russell L. Winner*
      Russell L. Winner

*Raymond C. Givens v. Joseph Delia*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH          Page 2 of 2