IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>                    Plaintiff,<br>vs.<br><br>JOSEPH DELIA,<br><br>                    Defendant. | No. 3:23-cv-0121-HRH |

O R D E R

Scheduling and Planning Conference

Counsel for the parties have advised that they are available for a joint scheduling and planning conference in this and the -008 case on December 5, 2023.

A scheduling and planning conference in this and the -008 case will be convened on Tuesday, **December 5, 2023,** at **11:00 a.m.** The conference will be in chambers and off record. Counsel are expected to be present in person, with their calendars available. Counsel will also please have available for their personal use a copy of the court's form scheduling and planning report form.[1]

DATED at Anchorage, Alaska, this  7th  day of November, 2023.

/s/ H. Russel Holland
United States District Judge

---

[1]The court's scheduling and planning conference report form is available online in Microsoft Word format on the court's public website: https://www.akd.uscourts.gov. (At the website, choose the "Forms" tab, select "Local Forms," and scroll down to "Civil Form 26(f) (All Judges).")

Order – Scheduling and Planning Conference - 1 -