RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522
rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RAYMOND C. GIVENS,

        Plaintiff,

   vs.

JOSEPH DELIA,

        Defendant.

Case No. 3:23-cv-00121-HRH

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

**GIVENS' MOTION TO FILE UNDER SEAL HIS
NOTICE TO COURT OF OENGA
FAMILY MEMBERS' PERCENTAGE INTERESTS
IN THE NATIVE ALLOTMENT**

Plaintiff Raymond C. Givens, by his undersigned attorney, hereby moves,

pursuant to Local Rule 7.3(f), to file under seal his Notice to Court of Oenga Family

Members' Percentage Interests in the Native Allotment, dated today's date. This motion

is supported by the accompanying Declaration of Russell L. Winner, filed under seal,

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH
Page 1 of 2

which includes, as Exhibit 1 thereto, a copy of that Notice. A proposed order is filed with this motion.

DATED: December 5, 2023

WINNER & ASSOCIATES, P.C.
Attorneys for Plaintiff Raymond C. Givens

By: */s/ Russell L. Winner*
Russell L. Winner
Alaska Bar No. 7811149

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically through the ECF system as indicated on the Notice of Electronic Filing.

*/s/ Russell L. Winner*
Russell L. Winner

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH                                                          Page 2 of 2

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522