RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522
rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RAYMOND C. GIVENS,

    Plaintiff,

vs.

JOSEPH DELIA,

    Defendant.

Case No. 3:23-cv-00121-HRH

**ORDER GRANTING GIVENS' MOTION TO FILE
UNDER SEAL HIS NOTICE TO COURT OF OENGA
FAMILY MEMBERS' PERCENTAGE INTERESTS
IN THE NATIVE ALLOTMENT**

Plaintiff Raymond C. Givens having moved, pursuant to Local Rule 7.3(f), to file under seal his Notice to Court of Oenga Family Members' Percentage Interests in the Native Allotment; the Court having reviewed any response to that motion; and the Court being fully informed in the matter,

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH     Page 1 of 2

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED: December 5, 2023

                                                H. Russel Holland
                                                United Stated District Judge

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically through the ECF system as indicated on the Notice of Electronic Filing.

                                                */s/ Russell L. Winner*
                                                Russell L. Winner

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH                                      Page 2 of 2

Case 3:23-cv-00121-HRH   Document 29-1   Filed 12/05/23   Page 2 of 2