IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| RAYMOND C. GIVENS,<br><br>      Plaintiff,<br><br> vs.<br><br>JOSEPH DELIA,<br><br>      Defendant. | No. 3:23-cv-0121-HRH |

O R D E R

Scheduling and Planning Conference

  A scheduling and planning conference was convened in this and the related case, No. 3:21-cv-0008, Givens v. Oenga, Jr., on Tuesday, December 5, 2023, at 11:00 a.m., in chambers, The conference concluded at 12:15 p.m.

  Givens and his attorney, Russell Winner appeared in person. Defendant Leroy Oenga (the -008 case) was available telephonically and appeared through counsel, Rachel Lauesen. Defendant Delia (the -121 case) appeared through counsel, Andrew Erickson.

  This conference has served to update the court on the status of the -008 and -121 cases and Alaska Superior Court proceedings related to the -008 case and BIA (Wallace Oenga) probate proceedings. In addition, the court looks forward to receiving from counsel for Givens a notice with respect to the percentage interests in the Andrew Oenga Native allotment presently held by numerous heirs of Andrew Oenga and his descendants.

  The court and counsel engaged in a lengthy discussion of the status of these cases and these cases in relation to superior court proceedings, BIA probate proceedings, and

Order – Scheduling and Planning Conference                     - 1 -

the interests of non-parties in the attorney fee contract dispute which gives rise to these cases.  The collective conclusion was that a discovery or motion practice calendar would be premature pending a decision by the superior court in the fee arbitration proceedings with respect to what issue or issues will be taken up by the superior court.  Counsel for Givens and Leroy Oenga Jr. will proceed with a motion to address the question of what will be taken up in the superior court proceedings for review of the Arbitration Panel decision.

      These scheduling and planning proceedings are continued to a date to be established after the superior court has ruled as to which issues it will take up.  Counsel for Givens will please inform the court when a decision has been received from the superior court and, after consultation with other counsel, propose to the court a date for a further scheduling and planning conference.

      DATED at Anchorage, Alaska, this  6th  day of December, 2023.

/s/ H. Russel Holland  
United States District Judge