RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522
rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH DELIA,<br><br>    Defendant. | Case No. 3:23-cv-00121-HRH |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR PREJUDGMENT WRIT OF ATTACHMENT**

Plaintiff Raymond C. Givens having filed a motion for a prejudgment writ of attachment in the amount of $157,141.70, plus accrued prejudgment interest; the Court having reviewed the opposition to that motion filed by Defendant Joseph Delia; and the Court being fully informed in the matter,

IT IS HEREBY ORDERED that the motion is GRANTED.

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH    Page 1 of 2

Case 3:23-cv-00121-HRH   Document 36-2   Filed 05/22/24   Page 1 of 2

To implement this order, the Court hereby issues the accompanying writ of attachment ordering Defendant to instruct the Bureau of Indian Affairs and/or the Bureau of Trust Funds Administration, within the U.S. Department of the Interior, to pay into the registry of the Court [or to such other account as the Court deems appropriate] $_____ from the funds to be received by them as Defendant's share of the year 2025 rent paid by Hilcorp Alaska LLC for the Oenga Native allotment.

Dated at Anchorage, Alaska, this ____ day of _____, 2024.

_____
H. Russel Holland
United States District Judge

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

/s/ Russell L. Winner
Russell L. Winner

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH                                    Page 2 of 2

Case 3:23-cv-00121-HRH   Document 36-2   Filed 05/22/24   Page 2 of 2

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522