RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522
rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RAYMOND C. GIVENS,

    Plaintiff,

vs.

JOSEPH DELIA,

    Defendant.

Case No. 3:23-cv-00121-HRH

## [PROPOSED] WRIT OF ATTACHMENT

Plaintiff Raymond C. Givens has filed a motion for a prejudgment writ of attachment. Defendant Joseph Delia has opposed the motion. On today's date, the Court has entered an order granting Plaintiff's motion. In furtherance thereof,

IT IS HEREBY ORDERED that Defendant shall instruct the Bureau of Indian Affairs and/or the Bureau of Trust Funds Administration, within the U.S. Department of the Interior, to pay into the registry of the Court [or to such other account as the Court

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH     Page 1 of 2

Case 3:23-cv-00121-HRH   Document 36-3   Filed 05/22/24   Page 1 of 2

deems appropriate] $_____ from the funds to be received by them as Defendant's share of the year 2025 rent paid by Hilcorp Alaska LLC for the Oenga Native allotment.

Dated at Anchorage, Alaska, this \_\_\_ day of _____, 2024.

_____
H. Russel Holland
United States District Judge

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

/s/ Russell L. Winner
Russell L. Winner

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH                                                                 Page 2 of 2

Case 3:23-cv-00121-HRH   Document 36-3   Filed 05/22/24   Page 2 of 2