Matt Mead, Alaska Bar No. 0711095
Andrew Erickson, Alaska Bar No. 1605049
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
mattm@lbblawyers.com
andye@lbblawyers.com

*Attorneys for the Defendant Joseph Delia*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH DELIA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:23-cv-00121-HRH |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR PREJUDGMENT WRIT OF ATTACHMENT

The Defendant Joseph Delia, through undersigned counsel, moves this Court for a 21-day extension to file his opposition to the Plaintiff's Motion for Prejudgment Writ of Attachment (Docket 36), extending the due date from June 5 to June 26. This motion is unopposed.

Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1100
Anchorage, Alaska 99501
Telephone (907) 276-5152, Fax (907) 276-8433

On May 22, 2024, the Plaintiff filed a 24-page Motion for Prejudgment Writ of Attachment seeking to order Mr. Delia to direct that upcoming rent payments to his federal Individual Indian Money trust account be transferred into the court registry to be held pending the outcome of this case. A 21-day extension of time for the Defendant to file his opposition is warranted based on the need to adequately respond to the complex legal and factual arguments raised in the Plaintiff's over-length motion.

The Plaintiff does not oppose this motion.

Respectfully submitted.

DATED: May 29, 2024

> LANDYE BENNETT BLUMSTEIN LLP
> *Attorneys for the Defendant Joseph Delia*
>
> */s/ Andrew Erickson*
> _____
> Matt Mead, Alaska Bar No. 0711095
> Andrew Erickson, Alaska Bar No. 1605049

### CERTIFICATE OF SERVICE

I certify that on May 29, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

> */s/ Andrew Erickson*
> _____
> Andrew Erickson