RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522
rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>    Plaintiff,<br><br> vs.<br><br>JOSEPH DELIA,<br><br>    Defendant. | Case No. 3:23-cv-00121-HRH |

**MOTION FOR LEAVE TO FILE
DOCUMENT UNDER SEAL**

  Plaintiff Raymond C. Givens, by his undersigned counsel, hereby moves, pursuant to Local Rule 7.3(f), for leave to file under seal herein the order of this Court, titled Order – Motion to Enforce Judgment and Rule 70(a) Order (Docket No. 74 [Sealed]), entered in the *Raymond C. Givens v. Wallace Oenga,* Case No. 3:19-cv-0043-HRH. This motion is accompanied by the Declaration of Russell L. Winner, which

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH                   Page 1 of 2

Case 3:23-cv-00121-HRH   Document 44   Filed 05/30/24   Page 1 of 2

includes as Exhibit 1 thereto a copy of the above-referenced order. This declaration and its exhibit are filed under seal herein with the instant motion.

DATED: May 30, 2024

        WINNER & ASSOCIATES, P.C.
        Attorneys for Plaintiff Raymond C. Givens

By: */s/ Russell L. Winner*
    Russell L. Winner
    Alaska Bar No. 7811149

### Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

*/s/ Russell L. Winner*
Russell L. Winner

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH     Page 2 of 2

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

Case 3:23-cv-00121-HRH   Document 44   Filed 05/30/24   Page 2 of 2