RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522
rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH DELIA,<br><br>    Defendant. | Case No. 3:23-cv-00121-HRH |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

    Plaintiff Raymond C. Givens has filed a motion for leave to file under seal herein the order of this Court, titled Order – Motion to Enforce Judgment and Rule 70(a) Order (Docket No. 74 [Sealed]), entered in the *Raymond C. Givens v. Wallace Oenga,* Case No. 3:19-cv-0043-HRH. The Court has reviewed any response to this motion; and the Court being fully informed in the matter,

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH      Page 1 of 2

Case 3:23-cv-00121-HRH    Document 44-1    Filed 05/30/24    Page 1 of 2

IT IS HEREBY ORDERED that the motion is GRANTED.

Dated at Anchorage, Alaska, this \_\_\_\_ day of _____, 2024.

_____
H. Russel Holland
United States District Judge

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

/s/ Russell L. Winner
Russell L. Winner

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH   Page 2 of 2

Case 3:23-cv-00121-HRH   Document 44-1   Filed 05/30/24   Page 2 of 2