IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>                      Plaintiff,<br>vs.<br><br>JOSEPH DELIA,<br><br>                      Defendant. | No. 3:23-cv-0121-HRH |

O R D E R

Motion to File Under Seal[1]

Plaintiff Raymond C. Givens has moved, pursuant to Local Rule 7.3(f), to file under seal copies of the following: (1) the Decision and Order, dated February 10, 2023, of the Fee Arbitration Panel of the Alaska Bar Association, in <u>Leroy Oenga, Jr., Petitioner v. Raymond C. Givens, Respondent</u>, ABA File No. 2021F012, and (2) the Order Confirming Award, dated May 17, 2024, of the Alaska Superior Court, in <u>Leroy Oenga, Jr., Petitioner v. Raymond C. Givens, Respondent</u>, Case No. 2BA-23-00111 CI, and the court being fully informed in the matter,

IT IS HEREBY ORDERED that the motion is granted. Plaintiff shall file the above documents under seal, pursuant to Local Rule 7.3(f)(3), within seven days of the date of this order.

DATED at Anchorage, Alaska, this  4th  day of June, 2024.

                                                          /s/ H. Russel Holland<br>
                                                          United States District Judge

---

[1]Docket No. 34.