IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| RAYMOND C. GIVENS, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| JOSEPH DELIA, | ) |
| Defendant. | ) Case No. 3:23-cv-00121-HRH |

**(PROPOSED) ORDER DENYING MOTION FOR PREJDUGMENT WRIT OF ATTACHMENT**

Upon consideration of the Plaintiff's Motion for Prejudgment Writ of Attachment, and the Defendant's Opposition, the motion is hereby DENIED.

IT IS SO ORDERED.

DATED this _____ day of _____, 2024, at Anchorage, Alaska.

_____
The Honorable H. Russel Holland
United States District Judge

*Givens v. Delia*     Case No. 3:23-cv-00121-HRH
(Proposed) Order Denying Motion for Prejudgment Writ of Attachment     Page 1 of 1

Case 3:23-cv-00121-HRH   Document 56-1   Filed 06/26/24   Page 1 of 1