RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSEPH DELIA,<br><br>　　　　　　Defendant. | Case No. 3:23-cv-00121-HRH |

**PLAINTIFF'S NOTICE OF FILING THE PARTIES'
SCHEDULING AND PLANNING CONFERENCE REPORT**

　　Plaintiff Raymond C. Givens hereby gives notice of filing the Parties' Scheduling

and Planning Conference Report, attached hereto, pursuant to the Court's order, dated

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2

Case 3:23-cv-00121-HRH　Document 74　Filed 07/18/24　Page 1 of 2

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

June 27, 2024.[1] The report states the disagreement of the parties at Sections III.A. and IV.D. The parties are in agreement regarding all other aspects of the report.

DATED: July 18, 2024.

> RUSSELL L. WINNER
> WINNER & ASSOCIATES, P.C.
> Attorneys for Plaintiff Raymond C. Givens
>
> By: /s/ Russell L. Winner
> Russell L. Winner
> Alaska Bar No. 7811179

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

/s/ Russell L. Winner
Russell L. Winner

---

[1] Docket No. 59.

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH    Page 2 of 2

Case 3:23-cv-00121-HRH   Document 74   Filed 07/18/24   Page 2 of 2