RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>        Plaintiff,<br>vs.<br><br>JOSEPH DELIA,<br><br>        Defendant. | Case No. 3:23-cv-00121-HRH |

## **SCHEDULING AND PLANNING CONFERENCE REPORT**

**I.     Meeting.**

In accordance with Rules 16(a) and 26(f), Federal Rules of Civil Procedure, and with Local Civil Rules 16.1 and 26.1(b), the parties conferred on July 11, 2024, and the following persons participated: Russell Winner, for Plaintiff Raymond Givens, and Andrew Erickson, for Defendant Joseph Delia. The parties recommend the following:

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH                                                                        Page 1 of 11

Case 3:23-cv-00121-HRH    Document 74-1    Filed 07/18/24    Page 1 of 11

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

II. **Discovery Plan.**

   A. **Timing, Form and Disclosure Requirements**. Please refer to Rule 26(f)(3)(A), Federal Rules of Civil Procedure. Are there changes that the parties are proposing to that rule for this case under Rule 26(a)? Yes ☐  No **X** *[If yes, list proposed changes:*

   B. **Initial Disclosures / Preliminary Witness Lists.**

   1. The information required by Rule 26(a)(1), Federal Rules of Civil Procedure:

      (a) **X** Has been exchanged by the parties.

      (b) Will be exchanged by the parties on or before:

         *[date]*.

   2. Preliminary witness lists:
      (a) ☐ Have been exchanged by the parties.

      (b) **X** Will be exchanged by the parties on or before **September 15, 2024**.

   3. Disclosure Statement. The disclosure requirements of Rule 7.1, Federal Rules of Civil Procedure:

      (a) ☐ Have been complied with.

      (b) ☐ Compliance will be accomplished on or before

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH                                                              Page 2 of 11

Case 3:23-cv-00121-HRH   Document 74-1   Filed 07/18/24   Page 2 of 11

*[date]*.

(c) **X** Rule 7.1 is not applicable.

**C. Subjects and Timing of Discovery**. *See* Rule 26(f)(3)(B), Federal Rules of Civil Procedure.

1. List the subjects on which discovery may be needed:

2. Should discovery be conducted in phases or limited to or focused on particular issues? Yes ☐ No **X** *[If yes, please describe the proposed phases or limitations: ]*

3. Absent good cause, the proposed <u>date for completion of all discovery</u> should be no later than **twelve months** from the date of this report.

4. **Final Discovery Witness List.** A final discovery witness list disclosing all lay witnesses whom a party may wish to call at trial shall be served and filed on **May 7, 2025, 2025** *[this date must be not less than 45 days prior to the close of fact discovery]*.[1]

---

[1] Each party shall make a good faith attempt to list only those lay witnesses that the party reasonably believe will testify at trial.

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

5. **Close of Fact Discovery.** Fact discovery will be completed on or before **March 7, 2025** *[see paragraph C.3 above]*.

6. **Expert Discovery**. *See* Rule 26(a)(2), Federal Rules of Civil Procedure.

   (a) Expert witnesses shall be identified by each party on or before **February 14, 2025,** and each party may identify responsive supplemental expert witnesses within 14 days thereafter.

   (b) Expert disclosures (reports) required by Rule 26(a)(2) will be disclosed:

   (i) By all parties on or before **April 4, 2025**; or

   By plaintiff(s) on or before *[date]*, and by defendant(s) on or before *[date]*;

   (ii) Rebuttal reports on or before 30 days from the service of the report being rebutted.

   (c) Expert witness discovery (include depositions) shall be completed by: **May 23, 2025** *[see paragraph C.3 above]*.

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH

D. **Preserving Discovery and Electronically Stored Information (ESI)**

1. Are there issues about the disclosure, discovery, or preservation of ESI, including the form or format in which it should be produced? *See* Rule 26(f)(3)(C), Federal Rules of Civil Procedure.

    Yes **X** No ☐ *[If yes, please identify the issue(s):* ]

    **Some documents that may be introduced in evidence at trial are confidential, or include confidential information, and have been redacted or filed under seal. The parties will attempt to reach agreement on this on or before July 26, 2024, or ask for an order of the Court, regarding the discovery and use of these documents.**

2. Please state how ESI should be produced: *[Explain: ]* **See above.**

3. Are there issues with preserving non-ESI discovery?

    Yes ☐ No **X** *[If yes, please identify the issue(s): ]*

E. **Claims of Privilege or Protection of Attorney Work Product**

    *See* Rule 26(f)(3)(D), Federal Rules of Civil Procedure.

1. **X** There is no indication that this will be an issue.

2. ☐ The parties have entered into a confidentiality agreement.

3. **X** The parties will file their proposed confidentiality agreement on or before: **See above.**

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH                                                                                              Page 5 of 11

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

**F. Limitations on Discovery.** *See* Rule 26(f)(3)(E), Federal Rules of Civil Procedure.

1. **X** The limitations contained in Rules 26(b), 30, and 33, Federal Rules of Civil Procedure, and in Local Civil Rules 30.1 and 36.1, will apply except as indicated below.

2. ☐ The maximum number of depositions by each party will not exceed *[number]*.

   (a) ☐ Depositions will not exceed *[number]* hours as to any deponent.

   (b) ☐ Depositions will not exceed *[number]* hours as to non-party deponents.

   (c) ☐ Depositions will not exceed *[number]* hours as to party deponents.

3. ☐ The maximum number of interrogatories posed by each party will not exceed *[number]*.

4. ☐ The maximum number of requests for admissions posed by each party will not exceed *[number]*.

5. ☐ Other limitations: *[insert other limitations]*.

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH                                                                     Page 6 of 11

Case 3:23-cv-00121-HRH   Document 74-1   Filed 07/18/24   Page 6 of 11

**G. Supplementation of Disclosures and Discovery Responses.**

Please refer to Rule 26(e)(1) and (e)(2), Federal Rules of Civil Procedure. Do the parties request that the Court enter an order that is different from these rules (*e.g*. supplementation at 30-day intervals)? Yes ☐ No **X** *[If yes, explain: ]*

**III. Pretrial Motions.**

    **A.** Are there preliminary motions as to jurisdiction, venue, arbitration, and/or statutes of limitation that should be filed within 60 days?

Yes ☐ No ☐ *[If yes, explain:*

**Plaintiff and Defendant disagreed on how to respond here. Plaintiff wanted to inform the Court that he intends to file a motion for summary judgment that Oenga is bound, under the doctrines of res judicata and issue preclusion, by the decision of the arbitrators, in *Leroy Oenga, Jr., Petitioner v. Raymond C. Givens, Respondent*, ABA File No. 2021F012, and the Alaska Superior Court, in *Leroy Oenga, Jr., Petitioner v. Raymond C. Givens, Respondent*, Case No 2BA-23-00111CI, on all matters decided therein. Defendant did not want this report to include the above.**

    **B.** Motions must be served and filed within the times specified in applicable rules. Complete the following only if the parties are proposing deadline(s) that are different from the applicable rules:

        1. Motions to amend pleadings or add parties will be filed not later than

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH     Page 7 of 11

Case 3:23-cv-00121-HRH   Document 74-1   Filed 07/18/24   Page 7 of 11

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*[date]*. Thereafter, a party must seek leave of the Court to modify this deadline. *See* Rule 16(b)(3)(A) and (4), Federal Rules of Civil Procedure.

2. Motions under the discovery rules will be filed not later than *[date]*.

3. Dispositive motions (including motions for summary judgment) will be filed not later than *[date]*.

4. Motions to exclude expert testimony shall be filed and served not later than *[date]*.

**IV. Trial.**

**A.** The case is expected to take **10** days to try.

**B.** Has a jury trial been demanded? Yes **X** No ☐

**C.** Is the right to jury trial disputed? Yes ☐ No **X**

**D.** The parties ☐ do / ☐ do not request the scheduling of a trial date at this time.[2] **The parties disagreed on how to respond here.**

1. If a trial date is requested at this time, the parties' report shall include a minimum of three alternative dates for the start of the trial, at least two of which are 5 to 7 months from the close of all discovery.

---

[2] The decision of whether to establish a trial date at this stage of the proceedings rests with the discretion of the assigned judge.

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH Page 8 of 11

**Plaintiff wanted to ask the Court to schedule a trial to begin on August 4, 2025; October 6, 2025; or November 3, 2025. Defendant did not want the Court to schedule a trial at this time.**

2. If a trial date is not established at this time, the court will call upon the parties to certify that the case is ready for trial as provided in Local Civil Rule 40.1(b).

**V. Other Provisions.**

   **A. Court Conference.** The parties ☐ do / **X** do not request a conference with the court before entry of a scheduling order. *[If requested, explain:]*

   **B. Consent to Proceed before a Magistrate Judge.**

   The parties ☐ do / **X** do not consent to trial before a magistrate judge.

   **C. Early Settlement / Alternative Dispute Resolution.**

   1. Do the parties request immediate assistance by way of a settlement conference or alternative dispute resolution?

      Yes ☐  No **X**  *[If yes, explain: ]*

   2. Do the parties wish to consider private mediation or a settlement conference with a judicial officer of this court at a later date?

      Yes ☐  No **X**

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH    Page 9 of 11

**D.     Related Cases.**     Are the parties aware of any related cases as defined by Local Civil Rule 16.1(e)?  Yes **X**  No ☐ *[If yes, describe: ]*

*<u>Raymond C. Givens v. Leroy Oenga, Jr.</u>*, **Case No. 3:21-cv-00008-HRH**

**VI.     Report Form.**

   **A.**     Have the parties experienced a problem in using this form?  Yes ☐   No **X**  *[If yes, explain: ]*

   **B.**     Are there additional subjects that the parties would propose to add to this form?  Yes ☐   No **X** *[If yes, explain: ]*

   DATED: July 18, 2024.

>   RUSSELL L. WINNER
>   WINNER & ASSOCIATES, P.C.
>   Attorneys for Plaintiff Raymond C. Givens
>
>   By:   /s/ Russell L. Winner
>            Russell L. Winner
>            Alaska Bar No. 7811179

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH                                                                                                   Page 10 of 11

Case 3:23-cv-00121-HRH   Document 74-1   Filed 07/18/24   Page 10 of 11

**Certificate of Service**

    I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

                          /s/ Russell L. Winner
                          Russell L. Winner

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH                                                           Page 11 of 11

Case 3:23-cv-00121-HRH   Document 74-1   Filed 07/18/24   Page 11 of 11