RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH DELIA,<br><br>    Defendant. | Case No. 3:23-cv-00121-HRH |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE CONFIDENTIALITY AGREEMENT**

On July 18, 2024, Plaintiff Raymond Givens filed the parties' scheduling and planning conference report.[1] That report stated that the parties will attempt to reach agreement by July 26, 2024, on the exchange and filing of confidential information and

---

[1] Docket No. 74-1.

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH                                        Page 1 of 3

documents in this case.² Following the filing of that report, the Court entered its scheduling and planning order, which requires the parties to submit their proposed confidentiality agreement on or before July 26, 2024.³

The parties have been in discussions regarding the terms of a proposed confidentiality agreement, but they are unable to reach agreement regarding the filing of such a proposal now with the Court. Accordingly, Plaintiff hereby requests that the date for the parties to file their proposed confidentiality agreement with this Court be extended for one month, until **August 26, 2024**.

Counsel for Defendant has indicated to Plaintiff's undersigned counsel that he does not oppose this motion.

A proposed order accompanies this motion.

DATED: July 26, 2024.

        RUSSELL L. WINNER
        WINNER & ASSOCIATES, P.C.
        Attorneys for Plaintiff Raymond C. Givens

        By: /s/ Russell L. Winner
            Russell L. Winner
            Alaska Bar No. 7811179

---

² *Id.*, at 5.

³ Docket No. 75, at 5.

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH     Page 2 of 3

Case 3:23-cv-00121-HRH   Document 76   Filed 07/26/24   Page 2 of 3

## Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

/s/ Russell L. Winner
Russell L. Winner

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH                                                                 Page 3 of 3

Case 3:23-cv-00121-HRH   Document 76   Filed 07/26/24   Page 3 of 3