RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSEPH DELIA,<br><br>        Defendant. | Case No. 3:23-cv-00121-HRH |

**[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME TO
FILE CONFIDENTIALITY AGREEMENT**

On July 18, 2024, Plaintiff Raymond Givens filed the parties' scheduling and planning conference report.[1] That report stated that the parties will attempt to reach agreement by July 26, 2024, on the exchange and filing of confidential information and

---

[1] Docket No. 74-1.

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH                                               Page 1 of 3

Case 3:23-cv-00121-HRH    Document 76-1    Filed 07/26/24    Page 1 of 3

documents in this case.[2] Following the filing of this report, the Court entered its scheduling and planning order, which required the parties to submit their proposed confidentiality agreement on or before July 26, 2024.[3]

Plaintiff has filed a motion for an extension of time to file the parties' proposed confidentiality agreement. Plaintiff informs the Court that the parties have been in discussions regarding the terms of a proposed confidentiality agreement, but they are unable to file such a proposed agreement on the date set by the Court. Plaintiff asks that the date for the filing of the parties' proposed confidentiality agreement be extended for one month, until August 26, 2024. Plaintiff informs the Court that this motion is not opposed by Defendant Joseph Delia.

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. The parties shall file their proposed confidentiality agreement on or before **August 26, 2024**.

DATED at Anchorage, Alaska, this _____ day of July, 2024.

_____
H. RUSSEL HOLLAND
UNITED STATES DISTRICT JUDGE

---

[2] *Id.*, at 5.

[3] Docket No. 75, at 5.

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH                                                                 Page 2 of 3

Case 3:23-cv-00121-HRH   Document 76-1   Filed 07/26/24   Page 2 of 3

## Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

/s/ Russell L. Winner
Russell L. Winner

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522