IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RAYMOND C. GIVENS     v.     JOSEPH DELIA

JUDGE H. RUSSEL HOLLAND          CASE NO.   3:23-cv-0121-HRH

PROCEEDINGS:   Order from Chambers

Plaintiff has filed a motion for an extension of time[1] to file the parties' proposed confidentiality agreement. Plaintiff informs the court that the parties have been in discussions regarding the terms of a proposed confidentiality agreement, but they are unable to file such a proposed agreement by the date set by the court. Plaintiff asks that the date for filing the parties' proposed confidentiality agreement be extended to **August 26, 2024**, and informs the court that this motion is not opposed by defendant Joseph Delia.

The motion for extension of time is granted. The parties shall file their proposed confidentiality agreement on or before **August 26, 2024**.

---

[1] Docket No. 76.

Order from Chambers – Extension of Time                                              - 1 -