Rachel B. Lauesen, ABA No. 0905016
Lauesen Law Team, LLC
521 W. 41st Avenue, Suite 102
Anchorage, Alaska 99503
Telephone: (907) 206-2030
Facsimile: (907) 206-2040
Email: rachel@lauesenlaw.com
Attorneys for Petitioner Leroy Oenga, Jr.

Russell L. Winner, ABA No. 7811149
Winner & Associates, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com
Attorneys for Respondent Raymond Givens

The Lauesen Law Team, LLC
521 W. 41st Avenue Suite 102
Anchorage, AK 99503
Tel (907) 206-2030
Fax (907) 206-2040
Rachel@Lauesenlaw.com

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEROY OENGA, JR. ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | |
| ) | |
| RAYMOND C. GIVENS. ) | |
| ) | |
| Respondent. ) | |
| _____ ) | Case No. 2:23-cv-00002-HRH |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE CIVIL RULE 26(f) CONFERENCE REPORT**

COMES NOW, Leroy Oenga, Jr., through counsel Rachel B. Lauesen of Lauesen Law Team, LLC, and Raymond Givens, through counsel Russell L. Winner

*Oenga, Jr. v. Givens*, Case No. 2:23-cv-00002-HRH
Joint Motion for Extension of Time to File Rule 26(f) Report
Page 1 of 4

of Winner & Associates, P.C. and hereby file this Joint Motion for Extension of Time to File a Civil Rule 26(f) Conference Report.

This case derives for a Petition to Vacate an Alaska Bar Association Fee Arbitration that was removed from the Alaska Superior Court in Utqiagvik to this Federal Court. The fee arbitration was commenced in response to Givens' 2021 civil suit filed in federal court seeking legal and equitable remedies relating to an attorney fee agreement.[1] Both the 2021 and the 2023 federal cases are assigned to Judge Holland, and the 2023 Petition to Vacate (now removed) has been reassigned to Judge Roetman.

On May 30, 2023, this Court issued an order requiring the parties to complete a Civil Rule 26(f) report.[2] Mr. Oenga filed a Motion to Remand this case to the Utqiagvik Superior Court on June 8, 2023.[3] Givens intends to oppose remand.[4]

The parties are in agreement that the current posture of the two federal cases and one state case presents procedural and substantive complexity, as the parties are unsure what issues will be decided at what time and in what court. Thus, the parties believe that it would be prudent to wait to file a Civil Rule 26(f) Conference Report until this Court decides what issues will be heard in what court and in what order, as

---

[1] *See, Givens v. Oenga, Jr.,* Case No. 3:21-cv-00008-HRH.
[2] Doc. 7.
[3] Doc. 14.
[4] Doc 19.

*Oenga, Jr. v. Givens*, Case No. 2:23-cv-00002-HRH
Joint Motion for Extension of Time to File Rule 26(f) Report
Page 2 of 4

The Lauesen Law Team, LLC
521 W. 41st Avenue Suite 102
Anchorage, AK 99503
Tel (907) 206-2030
Fax (907) 206-2040
Rachel@Lauesenlaw.com

the parties' position with regard to the scope of discovery and the discoverable matters depends on the Court's decision on where and when these matters will be heard.

Additionally, the parties are in agreement that streamlining discovery and the filing of pleadings referencing or containing confidential information or documents will likely require a court order. For example, it would be less burdensome on both sides and the Court if they can devise a system that will enable the parties to file documents containing confidential information without having to move to file documents under seal each time, and they are endeavoring to craft such a system.[5]

As another example, the parties are also in agreement that Alaska Bar Rule 40(r) states "that records, documents, files, proceedings, and hearings pertaining to the arbitration of any dispute under these rules will be confidential and closed to the public unless ordered open by a court upon good cause shown…" Given the nature of the Petition to Vacate and the fact that the Fee Arbitration is the only proceeding where any discovery occurred, the parties will need to obtain a court order under Alaska Bar Rule 40(r).

Therefore, the parties request that this Court grant an extension of time for them to file a Civil Rule 26(f) report until after the Court decides what matters will be

---

[5] One solution the parties have discussed is filing all of the documents containing confidential information at once in unredacted form under seal, and then filing these documents in redacted form in future filings, but referencing the docket number of the corresponding unredacted document for the Court to reference in its review. That way the parties can file documents containing confidential information redacted, without having to file the unredacted versions under seal each time.

*Oenga, Jr. v. Givens*, Case No. 2:23-cv-00002-HRH
Joint Motion for Extension of Time to File Rule 26(f) Report
Page 3 of 4

The Lauesen Law Team, LLC
521 W. 41st Avenue Suite 102
Anchorage, AK 99503
Tel (907) 206-2030
Fax (907) 206-2040
Rachel@Lauesenlaw.com

decided and where so that they can make informed decisions regarding discovery and obtain court orders from the court that will ultimately preside over the case.

DATED this 20th day of June, 2023 at Anchorage, Alaska.

LAUESEN LAW TEAM, LLC
Attorneys for Petitioner Leroy Oenga, Jr.

By: s/ Rachel B. Lauesen
Rachel B. Lauesen, ABA No. 0905016

WINNER & ASSOCIATES, P.C.
Attorneys for Respondent Raymond Givens.

By: s/ Russell L. Winner
Russell L. Winner, ABA No. 7811149

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on 20th day of June, 2023 a true and correct copy of the foregoing document was served via CM/ECF to the following recipients:

Russell Winner, Esq.
rwinner@winnerlaw.com

By: s/ Rachel B. Lauesen
Rachel B. Lauesen

*Oenga, Jr. v. Givens*, Case No. 2:23-cv-00002-HRH
Joint Motion for Extension of Time to File Rule 26(f) Report
Page 4 of 4

The Lauesen Law Team, LLC
521 W. 41st Avenue Suite 102
Anchorage, AK 99503
Tel (907) 206-2030
Fax (907) 206-2040
Rachel@Lauesenlaw.com