IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH DELIA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 3:23-cv-0121-HRH <br> ) <br> ) <br> ) |

O R D E R

Stipulation and Agreement
Regarding Documents Filed Under Seal[1]

The parties' *Stipulation and Agreement Regarding Documents Filed Under Seal* is hereby approved. The court thanks counsel for their efforts to deal with the confidentiality issues. The parties are directed to follow the procedures governing confidential documents as proposed in the stipulation and agreement.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this  26th  day of August, 2024.

/s/  H. Russel Holland
United States District Judge

---

[1]Docket No. 81.