IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MARIA M. GIVENS,  as Personal Represen- )
tative of the Estate of Raymond C. Givens, )
                                        )
                    Plaintiff, )
                                        )
    vs. )
                                        )
JOSEPH DELIA, )        No. 3:23-cv-0121-HRH
                                        )
                   Defendant. )
_____ )

## O R D E R

### Motion for Substitution of Plaintiff[1]

Counsel for plaintiff has notified the court of the death of plaintiff and the appoint-
ment of Maria M. Givens as personal representative of the Estate of Raymond C. Givens.
Ms. Givens moves that she be substituted as plaintiff in this case pursuant to Rule 25(a)(1),
Federal Rules of Civil Procedure.

Defendant has responded to the foregoing notice and motion.[2]  Defendant acknowl-
edges that contract claims, such as that in this case, generally survive a plaintiff's death.
However, defendant points out that "there are important issues of confidentiality that this
Court should address[,]"[3] and suggests that the court defer substitution of Ms. Givens as
plaintiff until matters of confidentiality are resolved.

[1]Docket No. 88.

[2]Docket No. 89.

[3]Id. at 2.

ORDER – Motion for Substitution of Plaintiff                 - 1 -

The court concurs in the suggestion that there are important confidentiality issues and that some revision(s) of the parties' Confidentiality Agreement[4] will be appropriate. However, the court is unpersuaded to defer the substitution of Ms. Givens as plaintiff. Indeed, she and counsel will need to be involved in developing the revisions of the Confidentiality Agreement.

The motion to substitute Maria M. Givens in her capacity as personal representative of the Estate of Raymond C. Givens is granted.

The parties and counsel will please confer and, on or before **April 30, 2025**, jointly propose to the court a revised confidentiality agreement.

DATED at Anchorage, Alaska, this  8th  day of April, 2025.

/s/ H. Russel Holland
United States District Judge

---

[4]Docket No. 81; approved by order of August 26, 2024, Docket No. 82.

ORDER – Motion for Substitution of Plaintiff                                    - 2 -