Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com
mattm@lbblawyers.com

*Attorneys for Defendant Joseph Delia*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH DELIA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:23-cv-00121-HRH<br>)<br>)<br>) |

**UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES**

Defendant Joseph Delia respectfully moves to extend the pretrial deadlines in this case as set forth in this Court's January 28, 2025 Order (Docket No. 85) for an additional 90 days to allow the parties to complete

discovery. Plaintiff Maria M. Givens does not oppose this motion. The proposed recalculated deadlines are as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Final Discovery Witness List: | April 25, 2025 | **July 24, 2025** |
| Close of Fact Discovery: | June 5, 2025 | **September 3, 2025** |
| Expert Witness(es) Identified: | April 15, 2025 | **July 14, 2025** |
| Expert Disclosures (reports): | July 3, 2025 | **October 1, 2025** |
| Expert Discovery Close: | August 21, 2025 | **November 19, 2025** |
| Dispositive Motions Due: | July 7, 2025 | **October 6, 2025** |

Respectfully submitted.

DATED: April 14, 2025          LANDYE BENNETT BLUMSTEIN LLP

*/s/ Andrew Erickson*

_____

Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095

*Attorneys for Defendant Joseph Delia*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew Erickson*
_____
Andrew Erickson