IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,<br><br>    Plaintiff,<br><br> v.<br><br>JOSEPH DELIA,<br><br>    Defendant. | Case No. 3:23-cv-00121-HRH |

**(PROPOSED) ORDER TO EXTEND DISCOVERY DEADLINES**

The Defendant's Unopposed Motion to Extend Discovery Deadlines, filed April 14, 2025, is GRANTED. The following deadlines now apply in this case:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Final Discovery Witness List: | April 25, 2025 | **July 24, 2025** |
| Close of Fact Discovery: | June 5, 2025 | **September 3, 2025** |
| Expert Witness(es) Identified: | April 15, 2025 | **July 14, 2025** |
| Expert Disclosures (reports): | July 3, 2025 | **October 1, 2025** |
| Expert Discovery Close: | August 21, 2025 | **November 19, 2025** |
| Dispositive Motions Due: | July 7, 2025 | **October 6, 2025** |

*Givens v. Delia*                   Case No. 3:23-cv-00121-HRH
(Proposed) Order to Extend Discovery Deadlines          Page 1 of 2

Case 3:23-cv-00121-HRH   Document 92-1   Filed 04/14/25   Page 1 of 2

IT IS SO ORDERED.

DATED this _____ day of _____, 2025, at Anchorage, Alaska.

_____
The Honorable H. Russel Holland
United States District Judge