Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com
mattm@lbblawyers.com

*Attorneys for Defendant Joseph Delia*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH DELIA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:23-cv-00121-HRH |

## JOINT MOTION FOR APPROVAL OF
## SECOND CONFIDENTIALITY AGREEMENT

Defendant Joseph Delia and Plaintiff Maria M. Givens, as Personal Representative of the Estate of Raymond C. Givens, by their respective undersigned counsel, respectfully move the Court for approval of the parties' Second

*Givens v. Delia*                                                    Case No. 3:23-cv-00121-HRH
Joint Motion for Approval of Second Confidentiality Agreement      Page 1 of 3

Confidentiality Agreement, attached as Exhibit A. It is the parties' intention that any confidential documents or information that Ms. Givens may receive under this agreement will be limited to disclosures that are reasonably necessary for purposes of this litigation.

    A proposed order accompanies this motion.

DATED: April 30, 2025    LANDYE BENNETT BLUMSTEIN LLP

*/s/ Andrew Erickson*

_____
Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095

*Attorneys for Defendant Joseph Delia*

DATED: April 30, 2025    WINNER & ASSOCIATES, P.C.

*/s/ Russell L. Winner*

_____
Russell L. Winner, Alaska Bar No. 7811149

*Attorneys for Plaintiff Maria M. Givens, as Personal Representative of the Estate of Raymond C. Givens*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

>*/s/ Andrew Erickson*
>_____
>Andrew Erickson