IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH DELIA,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:23-cv-00121-HRH<br>)<br>)<br>) |

## (PROPOSED) ORDER APPROVING
## SECOND CONFIDENTIALITY AGREEMENT

The parties' Joint Motion for Approval of Second Confidentiality Agreement, filed April 30, 2025, is GRANTED.

IT IS SO ORDERED.

DATED this _____ day of _____, 2025, at Anchorage, Alaska.

_____
The Honorable H. Russel Holland
United States District Judge