IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,<br><br>                     Plaintiff,<br><br>vs.<br><br>JOSEPH DELIA,<br><br>                     Defendant. | No. 3:23-cv-0121-HRH |

O R D E R

Second Confidentiality Agreement

The parties' *Joint Motion for Approval of Second Confidentiality Agreement*,[1] filed April 30, 2025, is granted.

DATED at Anchorage, Alaska, this  1st  day of May, 2025.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 94.

ORDER – Second Confidentiality Agreement — - 1 -