# TABLE OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| Exhibit A | Plaintiff's Motion for Prejudgment Writ of Attachment, Docket No. 121, *Givens v. Oenga Jr.*, No. 3:21-cv-0000-HRH (D. Alaska June 11, 2024) |
| Exhibit B | (Filed Under Seal) Excerpts of Transcript, Testimony of Raymond C. Givens, Alaska Bar Association Fee Arbitration, *Leroy Oenga Jr. v. Raymond C. Givens,* No. 2021-F012 |
| Exhibit C | Declaration of Raymond C. Givens, Docket No. 21, *Givens v. Oenga Jr.*, No. 3:21-cv-00008-HRH (D. Alaska May 10, 2021) |
| Exhibit D | Contingency Fee Contract, dated October 31, 2003 |
| Exhibit E | Order on Motion for Reconsideration, Docket No. 54, *Givens v. Oenga Jr.*, No. 3:21-cv-00008-HRH (D. Alaska Sept. 24, 2021) |
| Exhibit F | Contingency Fee Contract First Amendment, dated August 5, 2011 |
| Exhibit G | (Filed Under Seal) Excerpts of Transcript, Deposition of Raymond C. Givens, Alaska Bar Association Fee Arbitration, *Leroy Oenga Jr. v. Raymond C. Givens,* No. 2021-F012 (Oct. 12, 2022) |
| Exhibit H | (Filed Under Seal) Settlement Agreement and Release of All Claims, dated May 24, 2012 |
| Exhibit I | (Filed Under Seal) U.S. Department of the Interior, Bureau of Indian Affairs, Lease Agreement, BIA Lease No. 985-1472 (May 24, 2012) |
| Exhibit J | Fee/Cost Reduction Agreement, dated May 24, 2012 |

| | |
|---|---|
| Exhibit K | Letter from Eugene R. Virden, Regional Director, BIA Alaska Region, to Raymond C. Givens (Dec. 9, 2011) (redacted as filed at Docket No. 66, *Givens v. Wallace Oenga*, No. 3:19-cv-00043-HRH (D. Alaska Feb. 18, 2020)) |
| Exhibit L | Complaint for Declaratory Judgment, Damages, and Specific Performance, Docket No. 1, *Givens v. Oenga Jr.*, No. 3:21-cv-00008-HRH (D. Alaska Jan. 19, 2021) |
| Exhibit M | United States' Supplemental Brief Regarding Plaintiff's Motion to Enforce Judgment and Rule 70(a) Order and the Court's Order to Show Cause, Docket No. 69, *Givens v. Wallace Oenga*, No. 3:19-cv-00043-HRH (D. Alaska Mar. 19, 2020). |
| Exhibit N | Complaint for Declaratory Judgment, Damages, and Specific Performance, Docket No. 1, *Givens v. Wallace Oenga*, No. 3:19-cv-00043-HRH (D. Alaska Feb. 14, 2019) |
| Exhibit O | Order on Motion for Rule 60(b) Relief, Docket No. 90, *Givens v. Wallace Oenga*, No. 3:19-cv-00043-HRH (D. Alaska Mar. 1, 2023) |
| Exhibit P | Memorandum from Raymond C. Givens to the Oenga Heirs (Aug. 15, 2011) |
| Exhibit Q | Ballot re: Settlement Agreement; Oenga v. US et al CFC #06-491L, dated August 5, 2011 |
| Exhibit R | Givens Law Firm, Account QuickReport, 2008–2021 |
| Exhibit S | United States Treasury Checks to Raymond C. Givens |
| Exhibit T | Letter from Raymond C. Givens to Michael D. Stotts (Sept. 11, 2003) |