Russell L. Winner
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com

Attorneys for Plaintiff Raymond C. Givens

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RAYMOND C. GIVENS,

Plaintiff,

v.

LEROY OENGA, JR.

Defendant.

Case No. 3:21-cv-00008-HRH

**DECLARATION OF RAYMOND C. GIVENS**

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am the Plaintiff in this action. I make this declaration in support of Plaintiff's Opposition to Motion to Dismiss.

2. I was not and am not a member of the Alaska Bar Association. I was admitted to practice law in Washington State and Idaho when I represented the Oenga heirs. I have now retired, and I no longer maintain active status with the bar associations

DECLARATION OF RAYMOND C. GIVENS
*Raymond C. Givens v. Leroy Oenga, Jr.*,
U.S. District Court for the District of Alaska, Case No. 3:21-cv-00008-HRH Page 1 of 3

**Exhibit C**
**Page 1 of 3**

of either state. I do, however, maintain senior status with the Idaho Bar Association. I no longer represent the Oenga heirs. Instead, I am Plaintiff in this action seeking payment of attorney's fees that I earned when I did.

3. I have never had an office in the State of Alaska.

4. No material portion of the legal services that I performed for the Oenga heirs was rendered in the State of Alaska. Instead, I filed suit on their behalf against the United States for its breach of trust regarding federal restricted property before the Court of Federal Claims ("CFC"), which is headquartered in Washington, D.C. The trial on that claim was held in Seattle, Washington, not in Alaska. I did not bring suit on behalf of the Oenga heirs or Defendant in any of the state or federal courts in Alaska.

5. Before filing the CFC action, I contacted the Alaska Bar Association and was told that I need not associate with Alaska counsel, under Alaska Rule of Professional Conduct 5.5(c), because, by representing the Oenga heirs against the United States before the CFC, I would not "provide legal services" in Alaska.

6. The claims of the Oenga heirs had originally been part of the nationwide, federal *Cobell* litigation, which was brought as a class action against the United States for its breach of trust in administering trust and restricted properties and funds for American Indians and Alaska Natives. I gave notice, on behalf of the Oenga heirs, that

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

DECLARATION OF RAYMOND C. GIVENS
*Raymond C. Givens v. Leroy Oenga, Jr.*,
U.S. District Court for the District of Alaska, Case No. 3:21-cv-00008-HRH Page 2 of 3

**Exhibit C**
**Page 2 of 3**

they opted out of, and were excluded from, the plaintiff class in the *Cobell* litigation. *See* Exhibit 1, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 10th day of May, 2021, at Kirkland, Washington.

/s/ Raymond C. Givens

**Certificate of Service**
I hereby certify that on May 10, 2021, a copy of the foregoing document was served electronically through the ECF system as indicated on the Notice of Electronic Filing.

By: /s/ Carrie Sisson
Carrie Sisson

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

DECLARATION OF RAYMOND C. GIVENS
*Raymond C. Givens v. Leroy Oenga, Jr.*,
U.S. District Court for the District of Alaska, Case No. 3:21-cv-00008-HRH Page 3 of 3

**Exhibit C**
**Page 3 of 3**