## CONTINGENCY FEE CONTRACT

THIS AGREEMENT, made and entered into this _31_ day of October, 2003, by and between the undersigned, hereinafter called "Clients", and RAYMOND C. GIVENS, Attorney at Law of the Givens Law Firm hereinafter called "Attorney."

WITNESSETH:

WHEREAS, Clients are the present Lessors, being the successors of Andrew Oenga, under that certain Lease Agreement originally made effective January 1, 1989, (as amended) concerning property in Alaska Native Allotment F-14632.

WHEREAS, Clients desire the Attorney to represent Clients' interest in prosecuting Clients' claims and causes of action arising out of said Lease Agreement:

NOW, THEREFORE, it is mutually agreed and understood as follows:

1.      Attorney shall represent Clients in said matter and do all things necessary, appropriate, or advisable, in regard thereto, whether the same be by representation in legal proceedings or otherwise, against the Lessee or any other person, entity, department or agency, including governmental entities, departments or agencies.

2.      Clients agree to pay attorney for professional services 30% of the "Gross Recovery" of any and all funds received in settlement without an action having been filed in any Court; 33½% of the "Gross Recovery" of any and all funds recovered through arbitration, or received in settlement after filing an action in any Court but prior to trial; 35% of the "Gross Recovery" of any and all funds recovered through arbitration, settlement or judgment once trial begins; or 40% of said sums if said matter is settled or resolved upon appeal or following post-verdict proceedings, and said sums payable to attorney for professional services are to be a lien upon any sums received in settlement or payment of any said claim, or upon any judgment recovered.  "Gross Recovery" shall mean all of the following:

a.)      The amount received as compensation for the leased premises or under the Lease Agreement for the time period from the date of this Agreement back to the effective date of the Lease, which is January 1, 1989. (Back payments.)

b.)      The increase in lease payments under the Lease Agreement or extended term, from the date hereof and into the future, which are brought about through a modification, reformation, or cancellation of the Lease Agreement or otherwise.

c.)      All compensation and or damages and fees and costs which the clients become entitled to, but which the clients would not be entitled to receive under the existing Lease Agreement as modified.

G-000018

**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**

d.)    The amount received in a sale of the subject leased premises less the amount set forth in the last appraisal of the subject property performed by the Bureau of Indian Affairs.

e.)    Judgment or settlement amounts received from any governmental branch or agency.

f.)    The parties understand that an appraisal is now being performed pursuant to the requirements of the Lease Agreement, as modified. In the event the appraised value is used for increasing payments due commencing November 1, 2002, and thereafter, as opposed to the "cost adjustment factor" (which has been historically used for any increase in rent) the recovery shall be the increase in those rents based upon appraisal.

3.    Attorney agrees to accept said percentage of the amount received as aforesaid as full compensation for professional services; and, if there are no sums collected or received in the causes of action, attorney agrees to make no charge for professional services. Attorney shall, however, be reimbursed by Clients for any and all fees, costs, and expenses incurred by Attorney for and on behalf of Clients in the representation of Client's claim, cause or causes of action.

4.    As the Clients, you are entitled to be informed on the progress of your case. The Attorney will provide reasonable prompt responses to your inquiries. In the event a telephone call or request is not promptly answered, please assist us with a repeat call. The file and its progress are open to your inspection at any reasonable time.

5.    It is the intention of Attorney to represent you within the bounds of the law. Every reasonable effort will be made to handle your case promptly and efficiently according to the prevailing and legal ethical standards. In handling your case, I perform basically two functions: (1) Assisting you in the decision making process by giving legal advice, and (2) Implementing the decision that is made by you, the Clients. The ultimate decision belongs to you, the Clients. The Attorney shall have the right to employ appraisers, experts, and additional counsel both in Alaska and otherwise to aid him in his representation. Any additional attorneys employed by the Attorney shall be included in the contingency arrangement above set forth.

6.    Clients agree to furnish Attorney with all information relevant to this matter, to assist and cooperate in negotiations for settlement or in any court action; to sign, acknowledge, and verify all necessary papers, documents, pleadings or releases in connection with this matter; to be present at all proceedings, when requested, and to further produce witnesses; and, to use the Client's best efforts to further the purpose of this contingent fee arrangement and Client's claims. In the event of any proposed settlement, Clients agree that the affirmative vote and affirmation of more than 75% of the Clients' interest in the Lease shall be controlling, and the attorney, and all parties dealing with the attorney, shall have the right to rely on this vote or affirmation.

G-000019

**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**

7.     Clients acknowledge that the Lessee can terminate the Lease Agreement pursuant to the terms of paragraph 15, and that Clients seeking additional compensation could result in Lessee threatening or taking such action.  Because Clients are aware of this risk, both with or without Attorney representing them, Clients agree to hold Attorney harmless from any claim, demand or damages resulting from Lessee's termination of the Lease Agreement.

8.     Should it appear to Attorney at any time that Client's claim does not justify further action, or should Attorney decide for any reason that the firm cannot represent Clients any longer, Attorney may withdraw as Attorney for Clients after notice to Clients. In this event, Attorney shall receive only a pro-rata share of any ultimate recovery for work done to the date of withdrawal for professional services, but shall be entitled to any and all expenses incurred. Attorney shall turn over to Clients all pertinent papers and data prepared or collected by Attorney for Clients in this matter after expenses are paid in full.

9.     While Attorney can make no guarantees of a successful conclusion to your case, the Attorney will use his concerted efforts on your behalf.  It is also understood that the Attorney will not settle, nor compromise this matter without your consent as set forth in Paragraph 6 above.

DATED AND SIGNED this 27ᵗʰ day of October, 2003.


GIVENS LAW FIRM

By _Raymond Givens_
RAYMOND C. GIVENS
Attorney at Law

CLIENT:

_Georgene Shugluk_  11/5/03        _Wallace Oenga_  10-31-03
Georgene Shugluk                              Wallace Oenga

_Leroy Oenga Sr._                          _____
Leroy Oenga, Sr.                              Michael Delia


_____                          _____
Tony Delia                                    Joseph Delia


_____                          _____
Andrew Delia                                  Jennie Miller


COPY

G-000020

**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**

7. Clients acknowledge that the Lessee can terminate the Lease Agreement pursuant to the terms of paragraph 15, and that Clients seeking additional compensation could result in Lessee threatening or taking such action. Because Clients are aware of this risk, both with or without Attorney representing them, Clients agree to hold Attorney harmless from any claim, demand or damages resulting from Lessee's termination of the Lease Agreement.

8. Should it appear to Attorney at any time that Client's claim does not justify further action, or should Attorney decide for any reason that the firm cannot represent Clients any longer, Attorney may withdraw as Attorney for Clients after notice to Clients. In this event, Attorney shall receive only a pro-rata share of any ultimate recovery for work done to the date of withdrawal for professional services, but shall be entitled to any and all expenses incurred. Attorney shall turn over to Clients all pertinent papers and data prepared or collected by Attorney for Clients in this matter after expenses are paid in full.

9. While Attorney can make no guarantees of a successful conclusion to your case, the Attorney will use his concerted efforts on your behalf. It is also understood that the Attorney will not settle, nor compromise this matter without your consent as set forth in Paragraph 6 above.

DATED AND SIGNED this **3 1** day of October, 2003.


GIVENS LAW FIRM

By: _____
   ·RAYMOND C. GIVENS
   Attorney at Law

CLIENT:

_____          _____
Georgene Shugluk                     ·Wallace Oenga

_____          _____
Leroy Oenga, Sr.                     Michael Delia

_____          _____
Tony Delia                           Joseph Delia

_____          _____
Andrew Delia                         ·Jennie Miller

**G-000021**

**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**

7.      Clients acknowledge that the Lessee can terminate the Lease Agreement pursuant to the terms of paragraph 15, and that Clients seeking additional compensation could result in Lessee threatening or taking such action. Because Clients are aware of this risk, both with or without Attorney representing them, Clients agree to hold Attorney harmless from any claim, demand or damages resulting from Lessee's termination of the Lease Agreement.

8.      Should it appear to Attorney at any time that Client's claim does not justify further action, or should Attorney decide for any reason that the firm cannot represent Clients any longer, Attorney may withdraw as Attorney for Clients after notice to Clients. In this event, Attorney shall receive only a pro-rata share of any ultimate recovery for work done to the date of withdrawal for professional services, but shall be entitled to any and all expenses incurred. Attorney shall turn over to Clients all pertinent papers and data prepared or collected by Attorney for Clients in this matter after expenses are paid in full.

9.      While Attorney can make no guarantees of a successful conclusion to your case, the Attorney will use his concerted efforts on your behalf. It is also understood that the Attorney will not settle, nor compromise this matter without your consent as set forth in Paragraph 6 above.

DATED AND SIGNED this _31_ day of October, 2003.

GIVENS LAW FIRM

By: _____
     RAYMOND C. GIVENS
     Attorney at Law

CLIENT:

_____        _____
Georgene Shugluk                        Wallace Oenga

_____        _____
Leroy Oenga, Sr.                          Michael Delia

_____        _____
Tony Delia                                   Joseph Delia

_____        _____
Andrew Delia                              Jennie Miller

**G-000022**

**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**

7.     Clients acknowledge that the Lessee can terminate the Lease Agreement pursuant to the terms of paragraph 15, and that Clients seeking additional compensation could result in Lessee threatening or taking such action.  Because Clients are aware of this risk, both with or without Attorney representing them, Clients agree to hold Attorney harmless from any claim, demand or damages resulting from Lessee's termination of the Lease Agreement.

8.     Should it appear to Attorney at any time that Client's claim does not justify further action, or should Attorney decide for any reason that the firm cannot represent Clients any longer, Attorney may withdraw as Attorney for Clients after notice to Clients. In this event, Attorney shall receive only a pro-rata share of any ultimate recovery for work done to the date of withdrawal for professional services, but shall be entitled to any and all expenses incurred. Attorney shall turn over to Clients all pertinent papers and data prepared or collected by Attorney for Clients in this matter after expenses are paid in full.

9.     While Attorney can make no guarantees of a successful conclusion to your case, the Attorney will use his concerted efforts on your behalf.  It is also understood that the Attorney will not settle, nor compromise this matter without your consent as set forth in Paragraph 6 above.

DATED AND SIGNED this _31_ day of October, 2003.


GIVENS LAW FIRM

By: _Raymond Givens_
     RAYMOND C. GIVENS
     Attorney at Law

CLIENT:


_____          _____
Georgene Shugluk                 Wallace Oenga


_____          _____
Leroy Oenga, Sr.                 Michael Delia


_____          _____
Tony Delia                       Joseph Delia


_____          _____
Andrew Delia                     Jennie Miller


G-000023

**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**

7.    Clients acknowledge that the Lessee can terminate the Lease Agreement pursuant to the terms of paragraph 15, and that Clients seeking additional compensation could result in Lessee threatening or taking such action. Because Clients are aware of this risk, both with or without Attorney representing them, Clients agree to hold Attorney harmless from any claim, demand or damages resulting from Lessee's termination of the Lease Agreement.

8.    Should it appear to Attorney at any time that Client's claim does not justify further action, or should Attorney decide for any reason that the firm cannot represent Clients any longer, Attorney may withdraw as Attorney for Clients after notice to Clients. In this event, Attorney shall receive only a pro-rata share of any ultimate recovery for work done to the date of withdrawal for professional services, but shall be entitled to any and all expenses incurred. Attorney shall turn over to Clients all pertinent papers and data prepared or collected by Attorney for Clients in this matter after expenses are paid in full.

9.    While Attorney can make no guarantees of a successful conclusion to your case, the Attorney will use his concerted efforts on your behalf. It is also understood that the Attorney will not settle, nor compromise this matter without your consent as set forth in Paragraph 6 above.

DATED AND SIGNED this _26_ day of August, 2004.

GIVENS LAW FIRM

By: _____
RAYMOND C. GIVENS
Attorney at Law

CLIENT:

_Trinity Delia_ _____    _Tony Delia_ _____
Trinity Kayla Delia                     Tony Delia     _% Trinity Delia_

_age 2)_

G-000024

**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**

7.    Clients acknowledge that the Lessee can terminate the Lease Agreement pursuant to the terms of paragraph 15, and that Clients seeking additional compensation could result in Lessee threatening or taking such action. Because Clients are aware of this risk, both with or without Attorney representing them, Clients agree to hold Attorney harmless from any claim, demand or damages resulting from Lessee's termination of the Lease Agreement.

8.    Should it appear to Attorney at any time that Client's claim does not justify further action, or should Attorney decide for any reason that the firm cannot represent Clients any longer, Attorney may withdraw as Attorney for Clients after notice to Clients. In this event, Attorney shall receive only a pro-rata share of any ultimate recovery for work done to the date of withdrawal for professional services, but shall be entitled to any and all expenses incurred. Attorney shall turn over to Clients all pertinent papers and data prepared or collected by Attorney for Clients in this matter after expenses are paid in full.

9.    While Attorney can make no guarantees of a successful conclusion to your case, the Attorney will use his concerted efforts on your behalf. It is also understood that the Attorney will not settle, nor compromise this matter without your consent as set forth in Paragraph 6 above.

DATED AND SIGNED this 2 4 day of August, 2004.


GIVENS LAW FIRMV FIRM

By: _____
    RAYMOND C. GIVENS
    Attorney at Law

CLIENT:

    _____
Jennie Miller

G-000025

**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**