

## CONTINGENCY FEE CONTRACT
## FIRST AMENDMENT

THIS AGREEMENT, made and entered into this 5 day of August, 2011, by and between the undersigned, hereinafter called "Clients", and RAYMOND C. GIVENS, Attorney at Law of the Givens Law Firm hereinafter called "Attorney."

Whereas, Clients previously retained Attorney to represents Clients regarding rents due on the lease of their Native Allotment F-14632, and agreed to pay for Attorney's services in recovering increased rents based on a sliding scale contingent basis, based on the point in the litigation effort recovery was obtained, and

Whereas, as a result of Attorney's efforts, Clients issues were addressed in several forums and are at several different stages of litigation, including 1) an appeal and cross appeals in the Federal Circuit of a $4.942 million Judgment of the Court of Federal Claims, 2) several appeals in the Interior Board of Indian Appeals (IBIA), and 3) efforts seeking additional present and future rents thru the Bureau of Indian Affairs (BIA), and

Whereas, as a result of Attorney's efforts, Clients have been able to recover a $13.5 million Lump Sum Settlement for past rents and future rents to be paid on an annual basis for up to 52 years, starting at $650,000/yr and increasing annually on a CPI-based cost of living adjustment, and

Whereas, the contingent fee formulas in the original Contingent Fee Agreement have proven cumbersome to apply to the Lump Sum Agreement and future rent of the initial and extended terms because calculations are somewhat complex and the Lump Sum Payment is not broken down between the same forums and litigation status as in the initial Contingent Fee Agreement, and

Whereas, the fees to be paid under the 35% and 25% contingencies in the below amendments are *slightly less* than the fee that would be due under the most reasonable applications of the original Contingent Fee Agreement sliding scale and formulas to the Lump Sum Agreement and future rents increases obtained.

NOW, THEREFORE, it is mutually agreed and understood that the prior Contingent Fee Agreement be amended as follows:

Paragraph 2 – The prior ¶2 be deleted in its entirety and a new version be inserted in its place so as to read:

"2. Clients agree to pay attorney for professional services 35% of the $13.5 million Lump Sum Settlement Amount paid under the Settlement Agreement resolving *Oenga et al v. United States et al.* CFC #06-491L and 25% of annual rental on Alaska Native Allotment F-14632 paid for both the 2012-2013 inclusive period and for the extended

term period of 2014-2038 inclusive. Clients shall direct that these payments for professional services shall be paid directly to Attorney by Lessee BP Exploration (Alaska), Inc. and/or the United States or any subdivision thereof from the funds due Clients at the same time the remaining funds due are paid to Clients. No fees shall be owed for the *second* possible extended term from 2039-2063 inclusive."

Paragraph 3 – A new sentence be added at the end of the prior ¶3 so that the entire paragraph read:

"3. Attorney agrees to accept said percentage of the amount received as aforesaid as full compensation for professional services; and, if there are no sums collected or received in the causes of action, attorney agrees to make no charge for professional services. Attorney shall, however, be reimbursed by Clients for any and all fees, costs, and expenses incurred by Attorney for and on behalf of Clients in the representation of Client's claim, cause or causes of action. Clients shall direct that this reimbursement of costs shall be made directly to Attorney by Lessee BP Exploration (Alaska), Inc. and/or the United States or any subdivision thereof from the funds due Clients."

DATED AND SIGNED this 5 day of August, 2011.

GIVENS LAW FIRM

By: _____
RAYMOND C. GIVENS
Attorney at Law

CLIENTS:

_____        _____
Georgene Shugluk               Wallace Oenga

_____        _____
Leroy Oenga, Sr.               Tony Delia

_____        _____
Joseph Delia                   Jennie Miller

_____
Tony Delia as Guardian of Trinity Delia