# Exhibit G

(filed under seal)