# Exhibit I

(filed under seal)