Givens Law Firm

1309 114th Ave. S.E. Ste. 211
Bellevue, WA 98004
phone 425.641.5949
fax 425.614.0158
raygivens@givenslaw.com
www.givenslaw.com

**Privileged Attorney/Client
Confidential Communication**

TO: Oenga Heirs

FROM: Ray Givens

DATE: August 15, 2011

RE: Settlement Document Issues

The purpose of this memo is to update the family on the progress of the Settlement Document preparation and to let you know of a <u>troubling issue which has developed</u>.

**One Family Member Not Signing Settlement Documents** – The Oil Companies are taking the position that it will <u>*not be acceptable*</u> if the Settlement Agreement and/or Lease Documents are <u>*signed by less than all heirs.*</u> In other words, there may not be a deal if any family member refuses to sign the Settlement Agreement and Lease documents.

Obviously, no one should sign any of the final documents until you have a chance to read and discuss the final documents. But Tony, I need to know now is 1) whether your general opposition was expressed by your vote on the Ballot and you intend to sign the Settlement Agreement and various Lease documents that implement the Term Sheet Agreement (as you signed the Short Term Raven Lease Amendment and the Contingent Fee Agreement Amendment), or 2) whether you intend to continue expressing your opposition by not signing any of the future documents.

I did explain to the Oil Companies and US lawyers the family's formal Agreement that a 75% vote would be controlling, but the Oil Companies still insist that the<u> *signatures of all heirs be on all documents.*</u>

As to the 75% issue, the Oil Companies' said they often have similar agreements that require approval of less than all companies in a Unit to decide a position. In such situations, the objecting company's votes NO on the formal Ballot, but still signs all the later documents. The Oil Companies are similarly expecting the signatures of all heirs on the Settlement Agreement and Lease documents.

G-001156

**Confidential Document
Case No. 3:23-cv-00121-HRH
Not to be copied or disclosed except as provided in the Confidentiality Agreement**

There is no way of knowing if this signature issue is an absolute deal breaker for the Oil Companies. Their stated position is that they fear the added risk of future trouble with or litigation by any family member who does not sign the Settlement Agreement or Leases. They say they have agreed to pay the money they are paying to eliminate this risk.

One thing is clear, however, - if less than all family members sign the Settlement Agreement and Lease documents, it will *definitely delay payment*, probably for months. The reason is that even though the federal regulations do allow the BIA to approve Leases if less than all Allotment owners sign, there is a *3 month waiting period.*

Furthermore, the lawyers at DOJ have said that they will not even submit the Settlement Agreement to their management for approval until all the Lease documents are finalized. This means that at best the lack of all signatures results in *at least a 3 month delay.* Even if we were otherwise successful in convincing the Oil Companies to pay $650,000 in October, the 3 month delay of the BIA regulations would delay payment until at least December, and knowing how slow the BIA works, probably a few months after that.

As I go back and forth with the US and the Oil Companies over the wording in these documents, I need to know what the ultimate position will be on signing otherwise acceptable Settlement Agreement and Lease documents.

**Summary** - Tony, if your "NO" vote on the Ballot is sufficient to express your opposition, but you intend to sign the Settlement Agreement and various Lease documents, I need to know that *now* so the documents can be prepared accordingly. But if your intent is to *not sign* a Settlement Agreement or Lease documents even if they adequately carry out the Term Sheet Agreement, I also need to know that right now.

I simply do not know if it would be possible to keep the settlement in place if all family members do not sign. Please let me know as soon as possible. The next call with the lawyers for the US and the Oil Companies to address this signature issue and document wording is this Thursday, August 18.

G-001157

**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**

**Exhibit P**
**Page 2 of 2**