**Ballot**

Settlement Agreement
*Oenga v. US et al* CFC #06-491 L

By this Ballot the undersigned Plaintiffs in *Oenga v. US et al.* formally vote their acceptance or rejection of the attached Term Sheet. The undersigned agree to sign the Settlement Agreement, Lease Amendment and new Lease referred to in the Term Sheet when those documents are finalized and our attorney Raymond C. Givens advises accordingly.

Each Plaintiff's undivided interest percentage share in Allotment F-14632 is shown in the attached BIA document. By their signature, each Plaintiff verifies that they have reviewed the attached documents, understand its contents and have made their determination after obtaining the advice of counsel, of their own free, without any duress or improper influence.

All signatories understand that by accepting this Settlement Agreement, they will forever surrender their right to recover on claims regarding their Allotment F-14632 Parcel B under Lease F-89-01, as amended, that they have asserted or might assert, including those asserted in *Oenga v. US et al* CFC #06-491 L, *other than* as set out in the attached Settlement Agreement.

| Name | Accept | Reject | Date | Signature |
|------|--------|--------|------|-----------|
| ▉▉▉▉ | ✕ | | August 5, 2011 | ▉▉▉▉ |
| ▉▉▉▉ | ✕ | | 8/5/11 | ▉▉▉▉ |
| ▉▉▉▉ | ✕ | | 8/5/11 | ▉▉▉▉ |
| ▉▉▉▉ | | ✕ | 8/5/11 | ▉▉▉▉ |
| **Joseph Delia** | ✕ | | 8-5-2011 | Joseph Delia |
| ▉▉▉▉ | ✓ | | 8-5 11 | ▉▉▉▉ |
| ▉▉▉▉ | | ✕ | 8-5-20 | ▉▉▉▉ |

G-001239

**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**

**Exhibit Q**
**Page 1 of 1**