# GIVENS LAW FIRM
## Account QuickReport
**January through December 2021**

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **501 · FEE INCOME** | | | | | | |
| Deposit | 09/28/2021 | | | 2022 Rents | 113 · GLF - US Bank | 1,955.97 |
| Deposit | 10/26/2021 | | | 2022 rents (I M███) | 113 · GLF - US Bank | 23,471.67 |
| Deposit | 10/29/2021 | | | 2022 rents (IIM███) | 113 · GLF - US Bank | 46,943.34 |
| Deposit | 11/02/2021 | | | 2022 rents (IIM███) | 113 · GLF - US Bank | 23,471.67 |
| Total 501 · FEE INCOME | | | | | | 95,842.65 |
| **TOTAL** | | | | | | **95,842.65** |

**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**

**Exhibit R**
**Page 1 of 14**

# GIVENS LAW FIRM
## Account QuickReport
**January through December 2020**

| Type | Date | Num | Name | Memo | | Split | Amount |
|---|---|---|---|---|---|---|---|
| **501 · FEE INCOME** | | | | | | | |
| Deposit | 01/17/2020 | | | lease yr | 113 | GLF - US Bank | 22,128.05 |
| Deposit | 01/24/2020 | | | 2020 lease yr | 113 | GLF - US Bank | 22,128.05 |
| Deposit | 10/09/2020 | | | 2021 rents | 113 | GLF - US Bank | 1,855.91 |
| Deposit | 10/09/2020 | | | 2021 rents | 113 | GLF - US Bank | 22,270.94 |
| Deposit | 10/13/2020 | | | 2021 rents | 113 | GLF - US Bank | 1,855.91 |
| Deposit | 10/13/2020 | | | Joe Delia 2021 rents (pd ▓ - OST error) | 113 | GLF - US Bank | 44,541.88 |
| Deposit | 10/26/2020 | EFT | | 2021 rents | 113 | GLF - US Bank | 22,270.94 |
| Deposit | 11/09/2020 | EFT | | Joe Delia 2021 rents ▓ balance due) | 113 | GLF - US Bank | 1,855.80 |
| Deposit | 11/17/2020 | | | past due fees - atty fees | 113 | GLF - US Bank | 44,541.88 |
| Deposit | 11/17/2020 | | | past due fees | 113 | GLF - US Bank | 46,529.53 |
| Deposit | 11/17/2020 | | | past due fees | 113 | GLF - US Bank | 145,794.27 |
| **Total 501 · FEE INCOME** | | | | | | | **375,773.16** |
| **TOTAL** | | | | | | | **375,773.16** |

**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**

**Exhibit R**
**Page 2 of 14**

# GIVENS LAW FIRM
## Account QuickReport
### January through December 2019

### 501 · FEE INCOME

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Deposit | 03/01/2019 | | | (lease yr 2019) - paid late | 113 · GLF - US Bank | 1,814.10 |
| Deposit | 10/29/2019 | | | r (lease yr 2020) | 113 · GLF - US Bank | 1,844.00 |
| Deposit | 11/07/2019 | | | Joe Delia (lease yr 2020) | 113 · GLF - US Bank | 46,100.11 |
| Deposit | 11/20/2019 | | | (lease yr 2020) | 113 · GLF - US Bank | 1,844.00 |
| **Total 501 · FEE INCOME** | | | | | | **51,602.21** |
| **TOTAL** | | | | | | **51,602.21** |

**Confidential Document
Case No. 3:23-cv-00121-HRH
Not to be copied or disclosed except as provided in the Confidentiality Agreement**

# GIVENS LAW FIRM
## Account QuickReport
### January through December 2018

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **501 · FEE INCOME** | | | | | | |
| Deposit | 10/09/2018 | | ▮ | (2019 lease yr) 113 | GLF - US Bank | 1,814.10 |
| Deposit | 10/12/2018 | | Joe Delia | (2019 lease yr) 113 | GLF - US Bank | 45,352.47 |
| Deposit | 10/15/2018 | | ▮ | (2019 lease yr) 113 | GLF - US Bank | 21,769.19 |
| Deposit | 10/19/2018 | | ▮ | (2019 lease yr) 113 | GLF - US Bank | 43,538.38 |
| Deposit | 10/31/2018 | | ▮ | (lease yr 2019) 113 | GLF - US Bank | 21,769.19 |
| **Total 501 · FEE INCOME** | | | | | | 134,243.33 |
| **TOTAL** | | | | | | **134,243.33** |

**Confidential Document
Case No. 3:23-cv-00121-HRH
Not to be copied or disclosed except as provided in the Confidentiality Agreement**

# GIVENS LAW FIRM
## Account QuickReport
**January through December 2017**

| Type | Date | Num | Name | Memo | Split | | Amount |
|---|---|---|---|---|---|---|---|
| **501 · FEE INCOME** | | | | | | | |
| Deposit | 09/27/2017 | | | (fees 2018 lease yr) | 113 | GLF - US Bank | 21,161.52 |
| Deposit | 09/27/2017 | | | (fees 2018 lease yr) | 113 | GLF - US Bank | 21,161.52 |
| Deposit | 09/27/2017 | | | Joe Delia (fees 2018 lease yr) | 113 | GLF - US Bank | 44,086.52 |
| Deposit | 09/27/2017 | | | ( fess 2018 lease yr) | 113 | GLF - US Bank | 1,763.46 |
| Deposit | 09/27/2017 | | | (fees 2017 lease yr) | 113 | GLF - US Bank | 1,735.26 |
| Deposit | 09/29/2017 | | | (fees 2018 lease yr) | 113 | GLF - US Bank | 1,763.46 |
| Deposit | 10/02/2017 | | | (fees 2018 lease yr) | 113 | GLF - US Bank | 42,323.05 |
| Deposit | 10/27/2017 | | | fees (2018 lease yr) | 113 | GLF - US Bank | 1,763.46 |
| **Total 501 · FEE INCOME** | | | | | | | **135,758.25** |
| **TOTAL** | | | | | | | **135,758.25** |

**Confidential Document
Case No. 3:23-cv-00121-HRH
Not to be copied or disclosed except as provided in the Confidentiality Agreement**

**Exhibit R
Page 5 of 14**

9:57 PM
09/27/22
Accrual Basis

# GIVENS LAW FIRM
## Account QuickReport
### January through December 2016

| Type | Date | Num | Name | Memo | Split | | Amount |
|---|---|---|---|---|---|---|---|
| **501 · FEE INCOME** | | | | | | | |
| Deposit | 10/05/2016 | | | Joe Delia (fees 2017 lease) | 113 | GLF - US Bank | 43,381.54 |
| Deposit | 10/05/2016 | | | ▮ (fees 2017 lease) | 113 | GLF - US Bank | 20,823.14 |
| Deposit | 10/05/2016 | | | ▮ (fees 2017 lease) | 113 | GLF - US Bank | 1,735.26 |
| Deposit | 10/05/2016 | | | ▮ (fees 2017 lease) | 113 | GLF - US Bank | 20,823.14 |
| Deposit | 10/13/2016 | | | ▮ (fees 2017 lease) | 113 | GLF - US Bank | 41,646.28 |
| Deposit | 10/20/2016 | | | ▮ (fees 2017 lease) | 113 | GLF - US Bank | 41,600.00 |
| Deposit | 11/15/2016 | | | ▮ (2017 lease) | 113 | GLF - US Bank | 1,735.26 |
| Total 501 · FEE INCOME | | | | | | | 171,744.62 |
| **TOTAL** | | | | | | | **171,744.62** |

**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**

Exhibit R
Page 6 of 14

# GIVENS LAW FIRM
## Account QuickReport
**January through December 2015**

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **501 · FEE INCOME** | | | | | | |
| Deposit | 01/13/2015 | | | 2014 & 2015 Lease fees - ▓▓▓ es 113 | GLF - US Bank | 81,524.00 |
| Deposit | 02/10/2015 | | | 2014 & 2015 Lease Fees ▓▓▓ 113 | GLF - US Bank | 3,396.88 |
| Deposit | 02/23/2015 | DEP | | 2014 &2015 Lease fees ▓▓▓ 113 | GLF - US Bank | 3,396.00 |
| Deposit | 03/11/2015 | | | Settlement & Lease fees 113 | GLF - US Bank | 50,715.00 |
| Deposit | 03/11/2015 | | | 2014 & 2015 Fees 114 | US Bank Savings | 81,000.00 |
| Deposit | 10/02/2015 | | | (fees on 2016 lease yr) 113 | GLF - US Bank | 41,231.61 |
| Deposit | 10/02/2015 | | | Joe Delia (fees on 2016 lease yr) 113 | GLF - US Bank | 42,949.60 |
| Deposit | 10/05/2015 | | | (fees on 2016 lease yr) 113 | GLF - US Bank | 1,717.99 |
| Deposit | 10/07/2015 | | | (fees on 2016 lease yr) 113 | GLF - US Bank | 1,717.99 |
| Deposit | 10/13/2015 | | | (fees on 2016 lease yr) 113 | GLF - US Bank | 20,615.80 |
| Deposit | 10/20/2015 | | | (fees on 2016 lease yr) 113 | GLF - US Bank | 20,615.80 |
| Deposit | 11/12/2015 | | | (fees 2016 lease) 113 | GLF - US Bank | 41,231.61 |
| Deposit | 12/03/2015 | | | (fees 2016 lease) 113 | GLF - US Bank | 1,717.98 |
| **Total 501 · FEE INCOME** | | | | | | **391,830.26** |
| **TOTAL** | | | | | | **391,830.26** |
| | | | | | | |
| **502 · CLIENT COST INCOME** | | | | | | |
| Deposit | 03/11/2015 | | | Trinity Delia Settlement Costs 113 | GLF - US Bank | 8,022.00 |
| **Total 502 · CLIENT COST INCOME** | | | | | | **8,022.00** |
| **TOTAL** | | | | | | **8,022.00** |

**Confidential Document
Case No. 3:23-cv-00121-HRH
Not to be copied or disclosed except as provided in the Confidentiality Agreement**

**Exhibit R
Page 7 of 14**

# GIVENS LAW FIRM
## Account QuickReport
**January through December 2014**

| | Type | Date | Num | Name | Memo | Split | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **501 · FEE INCOME** | | | | | | | | | |
| | Deposit | 01/11/2014 | DEP | | Fees from settlement for ▮▮▮ | 113 | GLF | US Bank | 1,105,502 00 |
| | Deposit | 01/11/2014 | DEP | | Fees for 2013 Lease payment for ▮▮▮ | 113 | GLF | US Bank | 39,648 00 |
| | Deposit | 10/17/2014 | | | Joe Delia fees (2015 lease pymt) | 113 | GLF | US Bank | 42,896 50 |
| | Deposit | 11/05/2014 | | | ▮▮▮ fees (2015 lease pymt) | 113 | GLF | US Bank | 41,180 64 |
| Total 501 · FEE INCOME | | | | | | | | | 1,229,227.14 |
| **TOTAL** | | | | | | | | | **1,229,227.14** |
| | | | | | | | | | |
| **502 · CLIENT COST INCOME** | | | | | | | | | |
| | Deposit | 01/11/2014 | DEP | | Costs from settlement for ▮▮▮ | 113 | GLF | US Bank | 106,671 00 |
| Total 502 · CLIENT COST INCOME | | | | | | | | | 106,671 00 |
| **TOTAL** | | | | | | | | | **106,671.00** |

**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**

**Exhibit R**
**Page 8 of 14**

# GIVENS LAW FIRM
## Account QuickReport
**January through December 2013**

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **501 · FEE INCOME** | | | | | | |
| Deposit | 10/28/2013 | DEP | | Joe Delia Fees (2014 Lease pymt) | 113 · GLF - US Bank | 42,025.58 |
| Deposit | 10/29/2013 | DEP | | Fees (2014 Lease pymt) | 113 · GLF - US Bank | 40,344.56 |
| Total 501 · FEE INCOME | | | | | | 82,370.14 |
| **TOTAL** | | | | | | **82,370.14** |

**Confidential Document
Case No. 3:23-cv-00121-HRH
Not to be copied or disclosed except as provided in the Confidentiality Agreement**

# GIVENS LAW FIRM
## Account QuickReport
### January through December 2012

| Type | Date | Num | Name | Memo | Split | | Amount |
|---|---|---|---|---|---|---|---|
| **501 · FEE INCOME** | | | | | | | |
| Deposit | 08/14/2012 | DEP | | fees on settlement | 112 | Wells Fargo Office | 1,101,478.00 |
| Deposit | 08/14/2012 | DEP | | fee on settlement | 112 | Wells Fargo Office | 1,105,509.00 |
| Deposit | 08/14/2012 | DEP | | Joe Delia fees on settlement | 112 | Wells Fargo Office | 1,147,374.00 |
| Deposit | 08/14/2012 | DEP | | fees on settlement | 112 | Wells Fargo Office | 45,894.00 |
| Deposit | 08/14/2012 | DEP | | fees on settlement | 112 | Wells Fargo Office | 45,894.00 |
| Deposit | 10/22/2012 | DEP | | on 2013 Rents | 112 | Wells Fargo Office | 39,648.95 |
| Deposit | 10/22/2012 | DEP | | Fees on 2013 Rents | 112 | Wells Fargo Office | 1,652.03 |
| Deposit | 10/22/2012 | DEP | | Fees on 2013 Rents | 112 | Wells Fargo Office | 1,652.03 |
| Deposit | 10/24/2012 | DEP | | Joe Fees on 2013 Rents | 112 | Wells Fargo Office | 41,300.99 |
| Deposit | 11/07/2012 | DEP | | on 2013 Rents | 112 | Wells Fargo Office | 39,648.95 |
| Total 501 · FEE INCOME | | | | | | | 3,570,051.95 |
| **TOTAL** | | | | | | | **3,570,051.95** |
| | | | | | | | |
| **502 · CLIENT COST INCOME** | | | | | | | |
| Deposit | 08/14/2012 | DEP | | client costs | 112 | Wells Fargo Office | 106,671.00 |
| Deposit | 08/14/2012 | DEP | | client costs | 112 | Wells Fargo Office | 106,671.00 |
| Deposit | 08/14/2012 | DEP | | Joe Delia client costs | 112 | Wells Fargo Office | 111,115.00 |
| Deposit | 08/14/2012 | DEP | | client costs | 112 | Wells Fargo Office | 4,444.00 |
| Deposit | 08/14/2012 | DEP | | client costs | 112 | Wells Fargo Office | 4,444.00 |
| Total 502 · CLIENT COST INCOME | | | | | | | 333,345.00 |
| **TOTAL** | | | | | | | **333,345.00** |

**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**

Exhibit R
Page 10 of 14

# GIVENS LAW FIRM
## Account QuickReport
### January through December 2011

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **501 · FEE INCOME** | | | | | | |
| Deposit | 10/17/2011 | DEP | | Deposit ▮ 2012 Rent | 112 Wells Fargo Office | 1,625.00 |
| Deposit | 10/17/2011 | DEP | | Deposit ▮ 2012 Rent | 112 Wells Fargo Office | 1,625.00 |
| Deposit | 10/17/2011 | DEP | | Deposit J Del a 2012 Rent | 112 Wells Fargo Office | 40,625.00 |
| Deposit | 10/17/2011 | DEP | | Deposit ▮ 2012 Rent | 112 Wells Fargo Office | 39,000.00 |
| Deposit | 10/17/2011 | DEP | | Deposit ▮ 2012 Rent | 112 Wells Fargo Office | 39,000.00 |
| Deposit | 10/17/2011 | DEP | | Deposit ▮ 2012 Rent | 112 Wells Fargo Office | 39,000.00 |
| **Total 501 · FEE INCOME** | | | | | | 160,875.00 |
| **TOTAL** | | | | | | **160,875.00** |

Page 1 of 9

G-002712

**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**

# GIVENS LAW FIRM
## Account QuickReport
**January through December 2010**

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **501 · FEE INCOME** | | | | | | |
| Deposit | 09/16/2010 | | | Joseph Delia Estate | 112 · Wells Fargo Office | 8,870.97 |
| Total 501 · FEE INCOME | | | | | | 8,870.97 |
| **TOTAL** | | | | | | **8,870.97** |

**Confidential Document
Case No. 3:23-cv-00121-HRH
Not to be copied or disclosed except as provided in the Confidentiality Agreement**

# GIVENS LAW FIRM
## Account QuickReport
**January through December 2009**

| Type | Date | Num | Name | Memo | Split | | Amount |
|---|---|---|---|---|---|---|---|
| **501 · FEE INCOME** | | | | | | | |
| Deposit | 11/30/2009 | | Joseph Delia | Check from Joe Delia - Oenga | 112 | Wells Fargo Office | 167.97 |
| Deposit | 12/07/2009 | | ROA Oenga | | 112 | Wells Fargo Office | 336.00 |
| Deposit | 12/07/2009 | | | | 112 | Wells Fargo Office | 168.00 |
| Deposit | 12/15/2009 | | ROA Oenga | Amoutn Due 2009 | 112 | Wells Fargo Office | 4,031.28 |
| **Total 501 · FEE INCOME** | | | | | | | **4,703.25** |
| **TOTAL** | | | | | | | **4,703.25** |

**Confidential Document
Case No. 3:23-cv-00121-HRH
Not to be copied or disclosed except as provided in the Confidentiality Agreement**

**Exhibit R
Page 13 of 14**

# GIVENS LAW FIRM
## Account QuickReport
### January through December 2008

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **501 · FEE INCOME** | | | | | | |
| Deposit | 11/03/2008 | | ROA Oenga | Fees 2009 Rent | 112 · Wells Fargo Office | 4,031.28 |
| Deposit | 11/03/2008 | | ROA Oenga | Fees 2009 Rent | 112 · Wells Fargo Office | 4,031.28 |
| Deposit | 11/03/2008 | | ROA Oenga | Fees 2009 Rent | 112 · Wells Fargo Office | 4,031.28 |
| Deposit | 11/03/2008 | | ROA Oenga | Joseph Delia Fees 2009 Rent | 112 · Wells Fargo Office | 167.97 |
| Deposit | 11/03/2008 | | ROA Oenga | Fees 2009 Rent | 112 · Wells Fargo Office | 167.97 |
| Deposit | 11/03/2008 | | ROA Oenga | Fees Rent 2009 | 112 · Wells Fargo Office | 167.97 |
| Total 501 · FEE INCOME | | | | | | 12,597.75 |
| **TOTAL** | | | | | | **12,597.75** |
| | | | | | | |
| **502 · CLIENT COST INCOME** | | | | | | |
| Deposit | 11/03/2008 | | ROA Oenga | Costs 2008 rent | 112 · Wells Fargo Office | 807.81 |
| Deposit | 11/03/2008 | | ROA Oenga | Costs 2009 Rent | 112 · Wells Fargo Office | 807.81 |
| Deposit | 11/03/2008 | | ROA Oenga | Costs 2009 Rent | 112 · Wells Fargo Office | 807.81 |
| Deposit | 11/03/2008 | | ROA Oenga | Joseph Delia Costs 2009 Costs | 112 · Wells Fargo Office | 33.66 |
| Deposit | 11/03/2008 | | ROA Oenga | Costs 2009 Costs | 112 · Wells Fargo Office | 33.66 |
| Deposit | 11/03/2008 | | ROA Oenga | Costs Rent 2009 | 112 · Wells Fargo Office | 33.66 |
| Total 502 · CLIENT COST INCOME | | | | | | 2,524.41 |
| **TOTAL** | | | | | | **2,524.41** |

**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**

**Exhibit R**
**Page 14 of 14**