

**Confidential Document**
Case No. 3:23-cv-00121-HRH
Not to be copied or disclosed except as provided in the Confidentiality Agreement



**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**



Confidential Document
Case No. 3:23-cv-00121-HRH
Not to be copied or disclosed except as provided in the Confidentiality Agreement



Confidential Document
Case No. 3:23-cv-00121-HRH
Not to be copied or disclosed except as provided in the Confidentiality Agreement



G-002315

**Confidential Document**
Case No. 3:23-cv-00121-HRH
Not to be copied or disclosed except as provided in the Confidentiality Agreement



G-002321

**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**



**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**



**Confidential Document**
**Case No. 3:23-cv-00121-HRH**
**Not to be copied or disclosed except as provided in the Confidentiality Agreement**