Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com
mattm@lbblawyers.com

*Attorneys for Defendant Joseph Delia*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH DELIA,<br><br>Defendant. | Case No. 3:23-cv-00121-HRH |

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Pursuant to District of Alaska Local Civil Rule 7.3(f) and the Parties'

Stipulation and Agreement Regarding Documents Filed Under Seal (Docket

No. 81), the Defendant Joseph Delia respectfully moves for leave to file under seal Exhibits B, G, H, and I, which are exhibits in support of the Defendant's Motion for Summary Judgment. Pursuant to the Stipulation and Agreement (Docket No. 81 at 4), the undersigned counsel conferred with counsel for the Plaintiff, who indicated that the Plaintiff does not oppose this motion.

This motion is supported by the accompanying Sealed Declaration of Andrew Erickson, which includes Exhibits B, G, H, and I.

Respectfully submitted.

DATED: June 6, 2025

LANDYE BENNETT BLUMSTEIN LLP

/s/ Andrew Erickson

_____
Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095

*Attorneys for Defendant Joseph Delia*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew Erickson*
_____
Andrew Erickson