IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,<br><br>   Plaintiff,<br><br> v.<br><br>JOSEPH DELIA,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:23-cv-00121-HRH<br>)<br>)<br>) |

**(PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

  The Defendant's Unopposed Motion for Leave to File Exhibits Under Seal is GRANTED. The Defendant's Sealed Declaration of Andrew Erickson and Exhibits B, G, H, and I, lodged at Docket Nos. _____ are accepted as filed under seal..

  IT IS SO ORDERED.

  DATED this _____ day of _____, 2025, at Anchorage, Alaska.

              _____
              The Honorable H. Russel Holland
              United States District Judge

*Givens v. Delia*                      Case No. 3:23-cv-00121-HRH
(Proposed) Order Granting Leave to File Under Seal         Page 1 of 1

Case 3:23-cv-00121-HRH   Document 97-1   Filed 06/06/25   Page 1 of 1