Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com
mattm@lbblawyers.com

*Attorneys for Defendant Joseph Delia*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,<br><br>   Plaintiff,<br><br> v.<br><br>JOSEPH DELIA,<br><br>   Defendant. | Case No. 3:23-cv-00121-HRH |

## NOTICE OF FILING CHAMBERS COPIES

Pursuant to this Court's June 24, 2025 Order re: Chambers Copies (Docket No. 103), the Defendant Joseph Delia, through undersigned counsel, provides notice that chambers copies of the Defendant's Motion for Summary

*Givens v. Delia*                     Case No. 3:23-cv-00121-HRH
Notice of Filing Chambers Copies                   Page 1 of 2

Case 3:23-cv-00121-HRH    Document 104    Filed 06/25/25    Page 1 of 2

Judgment and Memorandum in Support (Docket No. 96) and Sealed Declaration of Andrew Erickson (Docket No. 97), were delivered to the Clerk of Court on June 24, 2025.

    Respectfully submitted.

DATED: June 25, 2025    LANDYE BENNETT BLUMSTEIN LLP

    */s/ Andrew Erickson*
    _____
    Andrew Erickson, Alaska Bar No. 1605049
    Matt Mead, Alaska Bar No. 0711095

    *Attorneys for Defendant Joseph Delia*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

    */s/ Andrew Erickson*
    _____
    Andrew Erickson