RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522
rwinner@winnerlaw.com

Attorneys for Plaintiff Maria M. Givens,
as Personal Representative of the Estate of Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,<br><br>        Plaintiff,<br><br>  vs.<br><br>JOSEPH DELIA,<br><br>        Defendant. | |

Case No. 3:23-cv-00121-HRH

**GIVENS' MOTION FOR LEAVE TO
FILE THREE EXHIBITS UNDER SEAL**

On July 10, 2025, Plaintiff Maria M. Givens, as Personal Representative of the

Estate of Raymond C. Givens, filed her opposition[1] to Defendant Joseph Delia's motion

---

[1] Docket No. 105.

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH                                     Page 1 of 3

for summary judgment.[2] On today's date, Givens informed the Clerk of Court that Givens had inadvertently filed three exhibits in the public docket in support of her opposition.[3] Instead, those exhibits should have been included with Givens' motion for leave to file exhibits under seal.[4] The Clerk of Court has accordingly removed those three exhibits from the public docket.[5]

Givens hereby moves for leave to file those three exhibits under seal. A proposed order accompanies this motion.

DATED: July 11, 2025

> WINNER & ASSOCIATES, P.C.
> Attorneys for Plaintiff Maria M. Givens,
> as Personal Representative of the Estate of Raymond C. Givens
>
> By: /s/ Russell L. Winner
>     Russell L. Winner
>     Alaska Bar No. 7811149

---

[2] Docket No. 96.

[3] Docket Nos. 106-16, 106-17, and 106-18.

[4] Docket No. 107.

[5] Docket No. 106 (Modified).

Law Offices of
WINNER & ASSOCIATES, P.C.
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH     Page 2 of 3

Case 3:23-cv-00121-HRH     Document 109     Filed 07/11/25     Page 2 of 3

## Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically through the ECF system as indicated on the Notice of Electronic Filing.

                                       /s/ Russell L. Winner
                                          Russell L. Winner

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH                       Page 3 of 3

Case 3:23-cv-00121-HRH    Document 109   Filed 07/11/25   Page 3 of 3