Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com
mattm@lbblawyers.com

*Attorneys for Defendant Joseph Delia*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,<br><br>   Plaintiff,<br><br> v.<br><br>JOSEPH DELIA,<br><br>   Defendant. | Case No. 3:23-cv-00121-HRH |

## UNOPPOSED MOTION TO SET BRIEFING SCHEDULE

Defendant Joseph Delia respectfully moves for an order setting the following briefing schedule regarding Plaintiff Maria M. Givens' Cross-Motion for Summary Judgment, filed August 28, 2025 (Docket No. 120):

*Givens v. Delia*     Case No. 3:23-cv-00121-HRH
Unopposed Motion to Set Briefing Schedule     Page 1 of 2

Case 3:23-cv-00121-HRH   Document 122   Filed 09/15/25   Page 1 of 2

- Delia's response to the Motion shall be filed on or before **November 3, 2025**. (This would be a 45-day extension from Delia's current due date, which is September 18, 2025.)

- Givens' reply shall be due on or before **November 21, 2025**.

Undersigned counsel has conferred with Givens' counsel, who stated that Givens does not oppose this motion to set a briefing schedule. A proposed order accompanies this motion.

DATED: September 15, 2025     LANDYE BENNETT BLUMSTEIN LLP

*/s/ Andrew Erickson*
_____
Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095

*Attorneys for Defendant Joseph Delia*

# CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew Erickson*
_____
Andrew Erickson