IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH DELIA,<br><br>    Defendant. | Case No. 3:23-cv-00121-HRH |

**(PROPOSED) ORDER SETTING BRIEFING SCHEDULE**

  The Defendant's Unopposed Motion to Set Briefing Schedule is GRANTED. The Defendant's opposition to Plaintiff's Cross-Motion for Summary Judgment shall be filed on or before November 3, 2025. The Plaintiff's reply shall be filed on or before November 21, 2025.

IT IS SO ORDERED.

  DATED this _____ day of _____, 2025, at Anchorage, Alaska.

                _____
                The Honorable H. Russel Holland
                United States District Judge

*Givens v. Delia*                            Case No. 3:23-cv-00121-HRH
(Proposed) Order Setting Briefing Schedule              Page 1 of 1

Case 3:23-cv-00121-HRH  Document 122-1  Filed 09/15/25  Page 1 of 1