Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com
mattm@lbblawyers.com

*Attorneys for Defendant Joseph Delia*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH DELIA,<br><br>    Defendant. | Case No. 3:23-cv-00121-HRH |

## NON-OPPOSITION TO REQUEST FOR ORAL ARGUMENT

On August 12, 2025, this Court granted Defendant's request for oral argument regarding the Defendant's Motion for Summary Judgment.[1]

---

[1] Docket No. 117.

Subsequently, on August 28, 2025, the Plaintiff filed a Cross-Motion for Summary Judgment,[2] and a Request for Oral Argument to be held "at the same time that oral argument is held" on the Defendant's Motion for Summary Judgment.[3]

The Defendant does not oppose the Plaintiff's request to hold a single oral argument on both summary judgment motions. After conferring with the Plaintiff's counsel, the Defendant is concurrently filing an Unopposed Motion to Set Briefing Schedule on the Plaintiff's Cross-Motion for Summary Judgment. If granted, the Unopposed Motion would extend the briefing deadlines on Plaintiff's Cross-Motion until November 21, 2025.

DATED: September 15, 2025     LANDYE BENNETT BLUMSTEIN LLP

*/s/ Andrew Erickson*
_____
Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095

*Attorneys for Defendant Joseph Delia*

---

[2]  Docket No. 120.

[3]  Docket No. 121.

## CERTIFICATE OF SERVICE

    I hereby certify that on September 15, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

    */s/ Andrew Erickson*
    _____
    Andrew Erickson