Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com
mattm@lbblawyers.com

*Attorneys for Defendant Joseph Delia*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH DELIA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:23-cv-00121-HRH<br>)<br>)<br>) |

## DECLARATION OF ANDREW ERICKSON IN SUPPORT OF DEFENDANT'S OPPOSITION TO GIVENS' CROSS-MOTION FOR SUMMARY JUDGMENT

I, Andrew Erickson, declare as follow:

1. I have personal knowledge of the facts and information set forth in this declaration, and if called as a witness, I could and would testify to them.

2. I am an attorney at the law firm of Landye Bennett Blumstein LLP and am counsel for Defendant Joseph Delia the above-captioned matter. This declaration is submitted in support of the Defendant's Opposition to Givens' Cross-Motion for Summary Judgment and to authenticate the exhibits referenced therein.

3. **Exhibit A** is a true and accurate copy of excepts of the transcript of Raymond C. Givens' November 15, 2022 testimony under oath in the Alaska Bar Association Fee Arbitration matter of *Leroy Oenga v. Raymond C. Givens*, ABA No. 2021-F012, which was produced by the Plaintiff in this litigation and labeled G-004206, G-004279, and G-004478. Exhibit A is admissible evidence for the truth of the matters asserted pursuant to Federal Rule of Evidence 804(b)(1). Exhibit A is filed separately under seal pursuant to the Stipulation and Agreement Regarding Documents Filed Under Seal (Docket No. 81).

4. **Exhibit B** is a true and accurate copy of an email from Glenda Miller, Fiduciary Trust Officer for Alaska, Office of the Special Trustee for American Indians, Department of the Interior to Lisa Decora dated May 28, 2015, which was produced by the Plaintiff in this litigation and labeled G-008852.

5.      **Exhibit C** is a true and accurate copy of a memorandum from Raymond C. Givens to the Oenga Heirs dated August 25, 2025, which was produced by the Plaintiff in this litigation in its current redacted form and labeled G-008860–008863.

6.      **Exhibit D** is a true and accurate copy of the Motion for Rehearing, Docket No. 42, *Givens v. Wallace Oenga*, No. 3:19-cv-00043-HRH (D. Alaska Jul. 10, 2019).

7.      **Exhibit E** is a true and accurate copy of a memorandum from Raymond C. Givens to the Oenga Heirs dated July 17, 2018, which was produced by the Plaintiff in this litigation and labeled G-001634.

8.      **Exhibit F** is a true and accurate copy of a letter from Eugene R. Peltola Jr., Regional Director, BIA, to Russell L. Winner, Winner & Associates, dated September 14, 2018, which was produced by the Plaintiff in this litigation and labeled G-006485–006487.

9.      **Exhibit G** is a true and accurate copy of Plaintiff's Supplemental Responses to Defendant's First Discovery Requests, dated October 28, 2025, which was produced by the Plaintiff in this litigation.

//

//

//

*Givens v. Delia*  Case No. 3:23-cv-00121-HRH
Declaration of Andrew Erickson  Page 3 of 4

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

DATED: November 3, 2025  */s/ Andrew Erickson*
_____
Andrew Erickson, Alaska Bar No. 1605049

*Attorney for Defendant Joseph Delia*