# TABLE OF EXHIBITS

| Exhibit | Description |
|---|---|
| Exhibit A | (Filed Under Seal) Excerpts of Transcript, Testimony of Raymond C. Givens, Alaska Bar Association Fee Arbitration, *Leroy Oenga Jr. v. Raymond C. Givens*, No. 2012-F012 |
| Exhibit B | Email from Glenda Miller to Lisa Decora, re: question from Leroy Oenga, Jr. (May 28, 2015) |
| Exhibit C | Privileged Attorney/Client Memorandum from Raymond C. Givens to Oenga Heirs, re: 2016 Rents, Interior Decision on Petition, Attorney Fees Payment (Aug. 25, 2015) |
| Exhibit D | Motion for Rehearing, Docket No. 42, *Givens v. Wallace Oenga*, No. 3:19-cv-00043-HRH (D. Alaska Jul. 10, 2019) |
| Exhibit E | Privileged Attorney/Client Memorandum from Raymond C. Givens to Oenga Heirs, re: Trip to Heald Point, This Year's Rent Payment (Jul. 17, 2018) |
| Exhibit F | Letter from Eugene R. Peltola Jr., Regional Director, BIA, to Russell L. Winner, Winner & Associates (Sept. 14, 2018) |
| Exhibit G | Plaintiff's Supplemental Responses to Defendant's First Discovery Requests (Oct. 28, 2025) |