**Glenda Miller**

| | |
|---|---|
| From: | Miller, Glenda |
| Sent: | Thursday, May 28, 2015 9:38 AM |
| To: | Lisa Decora |
| Subject: | question from Leroy Oenga, Jr. |

During my meeting with Leroy yesterday concerning the payment of fees to Ray Givens, Leroy asked whether he was under any obligation to make the annual payments to Ray. Leroy referenced an "affidavit" that he had signed as the document which he believes might obligate him. This document conveniently is Exhibit 9 in the Givens petition. I cannot say for certain if there are any other documents signed by Leroy that would obligate him to pay. I somewhat doubt that there are, because the letter dated October 14, 2014 signed by Leroy on February 26, 2015, doesn't reference any. This letter begins at page 5, in Exhibit 12. It's interesting to compare his letter to the other heirs' letters.

The October 14, 2014 letter refers to Ray Givens as his attorney; although, in Ray's April 8, 2015 declaration, he states that he is retired. I can see how it is confusing to the beneficiaries. The letters signed by the beneficiaries October 14, 2014 -- February 26, 2015 refer to him as their attorney.

I am still intending to send a letter to each beneficiary reassuring them that they can contact me at any time.

**Glenda Miller, Fiduciary Trust Officer for Alaska**

Office of the Special Trustee for American Indians

(907) 271-1610, Fax: (907) 271-1647, Cell: (907) 202-0491

3601 C Street Suite 216 Anchorage Alaska 99503

glenda_miller@ost.doi.gov

WARNING: This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient or the employee or agent responsible for delivery of this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies.

Check out our facebook page!

EXHIBIT L  
Page 1 of 1

OST000333

**Confidential Document**  
Case No. 3:23-cv-00121-HRH  
Not to be copied or disclosed except as provided in the Confidentiality Agreement

G-008852

**Exhibit B**  
**Page 1 of 1**

Case 3:23-cv-00121-HRH    Document 125-3    Filed 11/03/25    Page 1 of 1