

GIVENS LAW FIRM
302 3rd Avenue South
Kirkland, WA  98033
Office phone:  425.641.5949
Cell phone:     208.699.6628
raygivens@givenslaw.com

**Privileged Attorney/Client**
**Confidential Communication**


TO: Oenga Heirs

FROM: Raymond C. Givens

DATE: July 17, 2018

RE: Trip to Heald Point, This Year's Rent Payment


    A few days ago, Leroy called and asked if I could set up a trip to Heald Point for at least he and Vera in August or September.  I have contacted BP about the trip and asked that they also pay travel and lodging costs like they did a few years ago.  [I doubt if they will spring for the costs, but there is no harm in asking].  I'll let you know when they come back with a date.

    If you would like to be included in the trip, please let me know.  You can reach me at 208-699-6628 or by email at raygivens@givenslaw.com.  Also, please let me know if your participation depends on whether or not BP pays the travel and lodging costs.

    On a second point, BP should be sending out their letter regarding the amount of the rent payment for lease year 2019 to be paid later this year.  You should get copies directly from BP. When I get the letter, I will check their calculations, and respond, with copies to you.  The actual payment will probably be made in late September or early October.

    If you have any questions, please contact me.

G-001634

Confidential Document
Case No. 3:23-cv-00121-HRH
Not to be copied or disclosed except as provided in the Confidentiality Agreement

Exhibit E
Page 1 of 1