RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Email: rwinner@winnerlaw.com

Attorneys for Plaintiff Maria M. Givens,
as Personal Representative of the Estate of Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH DELIA,<br><br>    Defendant. | |

Case No. 3:23-cv-00121-HRH

### PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST DISCOVERY REQUESTS

Plaintiff Maria M. Givens, as Personal Representative of the Estate of Raymond C. Givens ("Givens"), by her undersigned counsel, hereby supplements her responses,

PLAINTIFF'S SUPPLEMENTAL RESPONSES TO
DEFENDANT'S FIRST DISCOVERY REQUESTS
*Maria M. Givens, as Personal Representative
of the Estate of Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH      Page 1 of 4

Exhibit G
Page 1 of 4

Case 3:23-cv-00121-HRH    Document 125-8    Filed 11/03/25    Page 1 of 4

dated July 11, 2025, to the first discovery requests of Defendant Joseph Delia, dated June 12, 2025:

## INTERROGATORIES

**INTERROGATORY NO. 2:** Please state the date on which Raymond C. Givens' representation of Joseph Delia ended.

**RESPONSE:** *See* the letter, dated September 24, 2018, from Raymond Givens to the Oenga heirs. Bates No. G-001643, produced with Plaintiff's Initial Disclosures, dated November 16, 2023.

**INTERROGATORY NO. 3:** Please state the date(s) on which Raymond C. Givens ceased to be an active member of the Idaho and Washington state bar associations.

**RESPONSE:** Mr. Givens was transferred from an active to a senior member of the Idaho Bar Association on January 1, 2018. Mr. Givens was transferred from an active to a senior member of the Washington State Bar Association on January 8, 2018.

PLAINTIFF'S SUPPLEMENTAL RESPONSES TO
DEFENDANT'S FIRST DISCOVERY REQUESTS
*Maria M. Givens, as Personal Representative
of the Estate of Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH

Page 2 of 4

Exhibit G
Page 2 of 4

Case 3:23-cv-00121-HRH    Document 125-8    Filed 11/03/25    Page 2 of 4

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Please admit that Raymond C. Givens personally paid Jerald Reichlin to represent Wallace Oenga in the probate of the estate of Leroy Oenga, Sr.

**RESPONSE:** Denied.

RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
Attorneys for Plaintiff Maria M. Givens,
as Personal Representative of the Estate of
Raymond C. Givens

Dated: October 28, 2025     By: /s/ Russell L. Winner
                                Russell L. Winner
                                Alaska Bar No. 7811179

**Certificate of Service**
I certify that on this 28th day of October, 2025,
a true copy of the foregoing was served via email to the following:

Andrew Erickson
Matt J. Mead
Landye Bennett Blumstein LLP
701 W. 8th Ave. Suite 1100
Anchorage, AK 99501
andye@lbblawyers.com
mattm@lbblawyers.com

/s/ Teela Mostowy
Teela Mostowy

PLAINTIFF'S SUPPLEMENTAL RESPONSES TO
DEFENDANT'S FIRST DISCOVERY REQUESTS
*Maria M. Givens, as Personal Representative
of the Estate of Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH                                  Page 3 of 4

Exhibit G
Page 3 of 4

Case 3:23-cv-00121-HRH    Document 125-8    Filed 11/03/25    Page 3 of 4

Law Offices of
WINNER & ASSOCIATES, P.C.
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

# VERIFICATION

STATE OF WASHINGTON    )
                       )ss:
SPOKANE COUNTY         )

I, Maria Givens, as Personal Representative of the Estate of Raymond C. Givens, the Plaintiff in this action, say on oath or affirm that I have read the foregoing supplemental responses to the Interrogatories and believe all statements made therein are true and correct to the best of my knowledge.

_____
Maria M. Givens, as Personal Representative of the
Estate of Raymond C. Givens

SUBSCRIBED AND SWORN to before me this 29th day of October, 2025.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF WASHINGTON
My Commission Expires: August 28, 2028

Law Offices of
WINNER & ASSOCIATES, P.C.
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

PLAINTIFF'S SUPPLEMENTAL RESPONSES TO
DEFENDANT'S FIRST DISCOVERY REQUESTS
*Maria M. Givens, as Personal Representative
of the Estate of Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-HRH

Page 4 of 4

Exhibit G
Page 4 of 4

Case 3:23-cv-00121-HRH    Document 125-8    Filed 11/03/25    Page 4 of 4