Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com
mattm@lbblawyers.com

*Attorneys for Defendant Joseph Delia*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH DELIA,<br><br>　　　　Defendant. | Case No. 3:23-cv-00121-HRH |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBIT A UNDER SEAL**

Pursuant to District of Alaska Local Civil Rule 7.3(f) and the Parties'

Stipulation and Agreement Regarding Documents Filed Under Seal (Docket

No. 81), the Defendant Joseph Delia respectfully moves for leave to file Exhibit A under seal. Exhibit A is an exhibit in support of the Defendant's Opposition to Givens' Cross-Motion for Summary Judgment. Pursuant to the Stipulation and Agreement (Docket No. 81 at 4), the undersigned counsel conferred with counsel for the Plaintiff, who indicated that the Plaintiff does not oppose this motion.

This motion is supported by the accompanying Sealed Declaration of Andrew Erickson, which includes Exhibit A.

Respectfully submitted.

DATED: November 3, 2025       LANDYE BENNETT BLUMSTEIN LLP

*/s/ Andrew Erickson*

_____
Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095

*Attorneys for Defendant Joseph Delia*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew Erickson*
_____
Andrew Erickson