IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,<br><br>   Plaintiff,<br><br> v.<br><br>JOSEPH DELIA,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:23-cv-00121-HRH<br>)<br>)<br>) |

**(PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

The Defendant's Unopposed Motion for Leave to File Exhibit A Under Seal is GRANTED. The Defendant's Sealed Declaration of Andrew Erickson and Exhibit A, lodged at Docket Nos. _____ are accepted as filed under seal.

 IT IS SO ORDERED.

 DATED this _____ day of _____, 2025, at Anchorage, Alaska.

_____
The Honorable H. Russel Holland
United States District Judge

*Givens v. Delia*                  Case No. 3:23-cv-00121-HRH
(Proposed) Order Granting Leave to File Under Seal      Page 1 of 1

Case 3:23-cv-00121-HRH   Document 126-1   Filed 11/03/25   Page 1 of 1