RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Email: rwinner@winnerlaw.com

Attorney for Plaintiff Maria M. Givens,
as Personal Representative of the Estate of Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,<br><br>　　　　Plaintiff,<br>　vs.<br><br>JOSEPH DELIA,<br><br>　　　　Defendant. | |

Case No. 3:23-cv-00121-SLG

**NOTICE TO COURT OF ALASKA SUPREME COURT DECISION,
AND REQUEST FOR JOINT SCHEDULING
AND PLANNING CONFERENCE**

*Maria M. Givens, as Personal Representative
of the Estate of Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-SLG                                                          Page 1 of 4

Case 3:23-cv-00121-SLG    Document 134    Filed 01/29/26    Page 1 of 4

1. **Notice of Alaska Supreme Court Decision**

Plaintiff Maria M. Givens, as Personal Representative of the Estate of Raymond C. Givens ("Givens"), by her undersigned counsel, hereby gives notice, pursuant to Local Rule 7.1(d)(1), that on January 23, 2026, the Alaska Supreme Court issued its decision in *Leroy Oenga, Jr. v. Givens*.[1] A copy of that decision is attached hereto as Exhibit 1. The decision affirmed the order of the Alaska Superior Court confirming the decision of a fee arbitration panel of the Alaska Bar Association that Givens' fee was reasonable, that he should not be referred to Alaska Bar Counsel for disciplinary proceedings, and that the remaining issues raised by Oenga Jr. should be decided by this Court.[2] The decision is pertinent to the arguments made by Givens in his opposition to the motion for summary judgment filed by Joseph Delia herein.[3]

---

[1] Alaska Supreme Court No. S-19136, Opinion No. 7800.

[2] Alaska Supreme Court Decision, at 7, 44.

[3] Docket No. 105, at 42-43.

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Maria M. Givens, as Personal Representative
of the Estate of Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-SLG                                                Page 2 of 4

Case 3:23-cv-00121-SLG   Document 134   Filed 01/29/26   Page 2 of 4

## 2. Request for Joint Scheduling and Planning Conference

Additionally, Givens hereby respectfully requests that the Court set a joint scheduling and planning conference in the instant case (the "-121 case") and the federal court case filed by Givens against Oenga Jr. (the "-008 case"),[4] to consider consolidating them.

This Court had stayed the -008 case to allow Oenga Jr. to pursue fee arbitration before the Alaska Bar Association. Now that the Alaska Supreme Court has issued its decision, there is no longer a need for that stay.[5] Further, as this Court noted earlier in the -121 case, "this and the -008 case are heavily interrelated because both are founded upon an attorney fee contract between Givens and the Oenga Sr. heirs, including Oenga Jr. and Delia."[6]

---

[4] Case No. 3:21-cv-00008-SLG.

[5] Docket No. 123, at 3-4, in the -008 case.

[6] Docket No. 24, at 1, in the -121 case.

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Maria M. Givens, as Personal Representative
of the Estate of Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-SLG

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

In light of the above, Givens asks this Court to hold a joint scheduling and planning conference in the -008 case and the -121 case to consider consolidating them.[7]

This notice and request are also being filed by Givens in the -008 case.

DATED: January 29, 2026.

>RUSSELL L. WINNER
>WINNER & ASSOCIATES, P.C.
>Attorneys for Plaintiff Maria M. Givens,
>as Personal Representative of the Estate of
>Raymond C. Givens
>
>By:   /s/ Russell L. Winner
>        Russell L. Winner
>        Alaska Bar No. 7811179

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

>        /s/ Russell L. Winner
>        Russell L. Winner

---

[7] This Court has previously held a joint scheduling and planning conference in these cases. *See* Docket No. 135, in the -008 case; Docket No. 62, in the -121 case.

*Maria M. Givens, as Personal Representative
of the Estate of Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-SLG                                                                 Page 4 of 4