Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com
mattm@lbblawyers.com

*Attorneys for Defendant Joseph Delia*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH DELIA, <br><br> Defendant. | <br><br><br><br><br><br><br><br> Case No. 3:23-cv-00121-SLG |

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION [DOCKET NO. 144] & DEFENDANT'S MOTION FOR JURY TRIAL

Defendant Joseph Delia, through undersigned counsel, respectfully

moves for a 7-day extension to file his opposition to Plaintiff's "Motion for Order

that Delia is Prevented by Claim Preclusion from Relitigating the Findings

and Conclusions of the Fee Arbitration Panel in *Oenga v. Givens*" (Docket No. 144), and his motion for jury trial. This motion is unopposed.

On April 14, 2026, this Court set a motion schedule in this case, directing the Plaintiff to file any motion regarding claim preclusion by April 28, and the Defendant to file any opposition thereto by May 12. This Court also set a motion deadline of May 12 for the Defendant to file a motion for jury trial.

A short extension of both of the Defendant's deadlines is warranted because the Defendant's counsel has had other unexpected litigation matters arise since the April 14 status hearing that have required counsel's immediate attention. If this motion is granted, the Defendant will file both his opposition to Docket No. 144 and his motion for jury trial by May 19, 2026.

The undersigned counsel conferred with counsel for the Plaintiff, who indicated that they do not oppose this motion.

Respectfully submitted.

DATED: May 12, 2026          LANDYE BENNETT BLUMSTEIN LLP

*/s/ Andrew Erickson*

_____
Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095

*Attorneys for Defendant Joseph Delia*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew Erickson*

_____

Andrew Erickson