**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

MARIA M. GIVENS, as Personal
Representative of the Estate of
Raymond C. Givens,

        Plaintiff,

    v.

JOSEPH DELIA,

        Defendant.

Case No. 3:23-cv-00121-SLG

**(PROPOSED) ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO EXTEND TIME**

The Defendant's Unopposed Motion to Extend Time to File Opposition to Plaintiff's Motion [Docket No. 144] & Defendant's Motion for Jury Trial is GRANTED. The Defendant's Opposition to the Plaintiff's motion at Docket No. 144 and the Defendant's motion for jury trial are both due on or before May 19, 2026. SO ORDERED.

_____
Date

_____
The Honorable Sharon L. Gleason
United States District Judge

Case 3:23-cv-00121-SLG    Document 148-1    Filed 05/12/26    Page 1 of 1