RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Email: rwinner@winnerlaw.com

Attorneys for Plaintiff Maria M. Givens,
as Personal Representative of the Estate of Raymond C. Givens

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,

        Plaintiff,

  vs.

JOSEPH DELIA,

        Defendant.

Case No. 3:23-cv-00121-SLG

## UNOPPOSED MOTION FOR COURT-STAMPED COPIES OF DOCUMENT NOS. 146 AND 147 AND REQUEST TO WAIVE COPY COSTS

Plaintiff Maria M. Givens, as Personal Representative of the Estate of Raymond C. Givens, by her undersigned counsel, respectfully asks that the Clerk of Court electronically provide to Plaintiff the court-stamped copies of Document Nos. 146 and

*Maria M. Givens, as Personal Representative*
*of the Estate of Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-SLG

Page 1 of 2

147, and the exhibits thereto, which Plaintiff earlier filed under seal in this case. Additionally, Plaintiff asks that the Clerk of Court waive any associated copy costs. This motion is necessary because Plaintiff did not obtain the court-stamped copies of these documents at the time they were filed, Plaintiff cannot get the court-stamped copies now without filing this motion, and Plaintiff is unable to serve the court-stamped copies on Defendant Joseph Delia without this motion being granted.

Plaintiff's undersigned counsel has spoken with counsel for Defendant, and he does not oppose this motion.

A proposed order accompanies this motion.

DATED: May 15, 2026.

RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
Attorneys for Plaintiff Maria M. Givens,
as Personal Representative of the Estate of
Raymond C. Givens

By: /s/ Russell L. Winner
Russell L. Winner
Alaska Bar No. 7811179

## Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

/s/ Russell L. Winner
Russell L. Winner

*Maria M. Givens, as Personal Representative*
*of the Estate of Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-SLG                                   Page 2 of 2

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522