RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Email: rwinner@winnerlaw.com

Attorneys for Plaintiff Maria M. Givens,
as Personal Representative of the Estate of Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MARIA M. GIVENS, as Personal
Representative of the Estate of
Raymond C. Givens,

            Plaintiff,

   vs.

JOSEPH DELIA,

            Defendant.

**DRAFT**

Case No. 3:23-cv-00121-SLG

**[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION FOR COURT-STAMPED COPIES OF
DOCUMENT NOS. 146 AND 147 AND REQUEST
TO WAIVE COPY COSTS**

     Plaintiff Maria M. Givens, as Personal Representative of the Estate of Raymond

C. Givens, has filed an unopposed motion asking that the Clerk of Court electronically

*Maria M. Givens, as Personal Representative*
*of the Estate of Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-SLG

Case 3:23-cv-00121-SLG   Document 149-1   Filed 05/15/26   Page 1 of 2

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

provide to Plaintiff the court-stamped copies of Document Nos. 146 and 147, and the exhibits thereto, which Plaintiff had earlier filed under seal in this case. Additionally, Plaintiff's motion asks that the Clerk of Court waive any associated copy costs.

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

Dated at Anchorage, Alaska, this _____ day of May 2026.

SHARON L. GLEASON
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

/s/ Russell L. Winner
Russell L. Winner

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Maria M. Givens, as Personal Representative*
*of the Estate of Raymond C. Givens v. Joseph Delia,*
U.S. District Court for the District of Alaska,
Case No. 3:23-cv-00121-SLG

Page 2 of 2