# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

MARIA M. GIVENS, as Personal
Representative of the Estate of
Raymond C. Givens,

           Plaintiff,

     v.

JOSEPH DELIA,

           Defendant.

Case No. 3:23-cv-00121-SLG

## (PROPOSED) ORDER GRANTING MOTION FOR JURY TRIAL

The Defendant's Motion for Jury Trial is GRANTED. The Defendant timely filed a Demand for Jury Trial (Docket No. 10). Pursuant to the Seventh Amendment to the United States Constitution, the Defendant is entitled to a jury trial on the Plaintiff's claim for recovery under the doctrine of quantum meruit. SO ORDERED.

_____
Date

_____
The Honorable Sharon L. Gleason
United States District Judge