Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com
mattm@lbblawyers.com

*Attorneys for Defendant Joseph Delia*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

MARIA M. GIVENS, as Personal
Representative of the Estate of
Raymond C. Givens,

      Plaintiff,

    v.

JOSEPH DELIA,

      Defendant.

Case No. 3:23-cv-00121-SLG

# DEFENDANT'S MOTION FOR LEAVE TO FILE OVERLENGTH MOTION FOR JURY TRIAL

Defendant Joseph Delia, through undersigned counsel, respectfully moves for leave to file an overlength Motion for Jury Trial. Under Local Civil Rule 7.4(a)(2), motions must not exceed 20 pages or 5,700 words. Mr. Delia's

Motion for Jury Trial is 5,989 words. Although Mr. Delia strove to keep his Motion to the page and word limit, the complex and important constitutional issues analyzed in the Motion warrant additional words/pages.

Mr. Delia respectfully requests that his Motion for Jury Trial be accepted as filed. A proposed order accompanies this motion.

Respectfully submitted.

DATED: May 19, 2026          LANDYE BENNETT BLUMSTEIN LLP

*/s/ Andrew Erickson*

_____

Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095

*Attorneys for Defendant Joseph Delia*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew Erickson*

_____

Andrew Erickson