# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

MARIA M. GIVENS, as Personal
Representative of the Estate of
Raymond C. Givens,

        Plaintiff,

    v.

JOSEPH DELIA,

        Defendant.

Case No. 3:23-cv-00121-SLG

## (PROPOSED) ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE OVERLENGTH MOTION

The Defendant's Motion for Leave to File Overlength Motion for Jury Trial is GRANTED. The Defendant's Motion is accepted as filed. SO ORDERED.

_____       _____

Dated                  The Honorable Sharon L. Gleason
                         United States District Judge