Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com
mattm@lbblawyers.com

*Attorneys for Defendant Joseph Delia*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH DELIA, <br><br> Defendant. | <br><br><br><br><br><br><br> Case No. 3:23-cv-00121-SLG |

## DEFENDANT'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION [DOCKET NO. 144]

Defendant Joseph Delia, through undersigned counsel, respectfully

moves for a 7-day extension to file his opposition to Plaintiff's "Motion for Order

that Delia is Prevented by Claim Preclusion from Relitigating the Findings

and Conclusions of the Fee Arbitration Panel in *Oenga v. Givens*" (Docket No. 144). This motion is unopposed.

On April 14, 2026, this Court set a motion schedule in this case, directing the Plaintiff to file any motion regarding claim preclusion by April 28, and the Defendant to file any opposition thereto by May 12.[1] This Court also set a motion deadline of May 12 for the Defendant to file a motion for jury trial.

On May 12, 2026, the Defendant filed an Unopposed Motion to Extend Time to File Opposition to Plaintiff's Motion [Docket No. 144] & Defendant's Motion for Jury Trial, requesting a 7-day extension of the deadlines to May 19.[2] Mr. Delia has filed his Motion for Jury Trial.[3] However, a second short extension of time to file the Defendant's opposition to Docket No. 144 is warranted because the Plaintiff has not yet served the Defendant with copies of the Sealed Declaration of Russell L. Winner in Support of Givens' Motion for Leave to File Exhibits Under Seal (Docket Nos. 145 and 146).[4] Mr. Delia needs to review those documents before filing his opposition.

---

[1] Docket No. 142.

[2] Docket No. 148.

[3] Docket No. 150.

[4] *See* Docket No. 149 (Unopposed Motion for Court-Stamped Copies of Document Nos. 146 and 147 and Request to Waive Copy Costs).

If this motion is granted, the Defendant will file his opposition to Docket No. 144 by May 26, 2026. The undersigned counsel conferred with counsel for the Plaintiff, who indicated that they do not oppose this motion.

Respectfully submitted.


DATED: May 19, 2026                    LANDYE BENNETT BLUMSTEIN LLP

*/s/ Andrew Erickson*

_____

Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095

*Attorneys for Defendant Joseph Delia*


## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.


*/s/ Andrew Erickson*

_____

Andrew Erickson