**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH DELIA, <br><br> Defendant. | Case No. 3:23-cv-00121-SLG |

### (PROPOSED) ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION TO EXTEND TIME

The Defendant's Second Unopposed Motion to Extend Time to File Opposition to Plaintiff's Motion [Docket No. 144] is GRANTED. The Defendant's Opposition to the Plaintiff's motion at Docket No. 144 is due on or before May 26, 2026. SO ORDERED.

_____
Date

_____
The Honorable Sharon L. Gleason
United States District Judge