**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

MARIA M. GIVENS, as Personal
Representative of the Estate of
Raymond C. Givens,

       Plaintiff,

    v.

JOSEPH DELIA,                  Case No. 3:23-cv-00121-SLG

       Defendant.

**(PROPOSED) ORDER DENYING MOTION FOR ORDER THAT
DELIA IS PREVENTED BY CLAIM PRECLUSION FROM
RELITIGATING THE FINDINGS AND CONCLUSIONS OF THE FEE
ARBITRATION PANEL IN *OENGA V. GIVENS***

For the reasons explained in the Defendant's Opposition, the Plaintiff's

Motion is DENIED.

SO ORDERED.

_____      _____

Date                           The Honorable Sharon L. Gleason
                                  United States District Judge