Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com
mattm@lbblawyers.com

*Attorneys for Defendant Joseph Delia*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH DELIA,<br><br>Defendant. | Case No. 3:23-cv-00121-SLG |

## DEFENDANT'S MOTION FOR LEAVE TO FILE OVERLENGTH OPPOSITION TO MOTION FOR ORDER [DOCKET NO. 144]

Defendant Joseph Delia, through undersigned counsel, respectfully moves for leave to file an overlength Opposition to Givens' Motion for Order that Delia is Prevented by Claim Preclusion from Relitigating the Findings

Case 3:23-cv-00121-SLG    Document 154    Filed 05/26/26    Page 1 of 2

and Conclusions of the Fee Arbitration Panel in *Oenga v. Givens* (Docket No. 144). Under Local Civil Rule 7.4(a)(2), oppositions must not exceed 20 pages or 5,700 words. Mr. Delia's Opposition is 6,139 words. Although Mr. Delia strove to keep his Opposition to the page and word limit, the complex and potentially dispositive issues presented by the Motion warrant additional words/pages to respond. Mr. Delia respectfully requests that his Opposition be accepted as filed. A proposed order accompanies this motion.

Respectfully submitted.

DATED: May 26, 2026                LANDYE BENNETT BLUMSTEIN LLP

*/s/ Andrew Erickson*
_____
Andrew Erickson, Alaska Bar No. 1605049
Matt Mead, Alaska Bar No. 0711095

*Attorneys for Defendant Joseph Delia*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew Erickson*
_____
Andrew Erickson