**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,<br><br>      Plaintiff,<br><br>  v.<br><br>JOSEPH DELIA,<br><br>      Defendant. | Case No. 3:23-cv-00121-SLG |

**(PROPOSED) ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE OVERLENGTH OPPOSITION TO MOTION FOR ORDER [DOCKET NO. 144]**

The Defendant's Motion for Leave to File Overlength Opposition to Motion for Order [Docket No. 144] is GRANTED. The Defendant's Opposition is accepted as filed. SO ORDERED.

_____      _____

Dated                      The Honorable Sharon L. Gleason
United States District Judge

Case 3:23-cv-00121-SLG     Document 154-1     Filed 05/26/26     Page 1 of 1